# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

FILED-USDC-NDTX-DA
'26 MAR 25 PM 3:02

KM

Delonis Phillips
_Plaintiff_

v.

Neurock of Meadow Green Apts.
RPM Living Property Management
Roncee Lewallen, Ashlee Cheshire,
Dean Smith, Omar Azam, Marc Kirkland
_Defendant_

**8-26CV0959-N**

CC-25-08609-A
_Case Number_

Notice of removal

Motion for Leave of Court to File Action of Notice of Removal From State Court CC-25-08609-A DALLAS County Court at Law One Citing Federal Question for Federal Jurisdiction Honorable Chief Justice Reed O'Connor, I humbly seek leave of Court to File Action of Notice of Removal. I believe, with a hearing on the merits, it can be proved, by due course of law, I am being battled unconstitutionally, by a relentless conspiracy to ~~Interfere~~ interfere with rights in violation of 18 USC 241,

* Attach additional pages as needed.

Date: 03.25.2026

Signature: [signature]

Print Name: Delonis Phillips

Address: _____

City, State, Zip: _____

Telephone: _____

18 USC 242 (deprivation of rights under color of law); 18 USC ch.73 (obstruction of justice). This is a retaliatory, constructive, premeditated eviction. This is not the first. The clerks record is not the record of the original case. I am in no way stating the court per say obstructed the record. I am factually stating the record is obstructed. I humbly see a hearing on the merits, appointment of counsel, & appointment of special master to assist with complex issues, proper court etiquette, discovery, witnesses, pretrial matters, constitutional statues, etc. These motions are filed pursuant any/all Fed R. Civ. Procedure, Constitutional (state & National) codes statues, and rules.

Respectfully,
Dedun P.O.
P.O. Box

Case 3:22-cv-01598-X-BH    Document 201    Filed 08/09/22    Page 1 of 3    PageID 2031

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1598-X-BH |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| INSURANCE-DIVISION OF | § | |
| WORKERS COMPENSATION, et | § | |
| al., | § | |
| | § | |
| *Defendant.* | § | |

*[handwritten: CHECK LIST FOR FILING PAGE 2 of this order]*

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. Plaintiff filed an objection. In this objection, Plaintiff makes various arguments about alleged unconstitutional errors by the court system. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the plaintiff's motions for a hearing, for leave to file a notice of removal, and to proceed in forma pauperis are **DENIED**. The Court **DISMISSES** this action with prejudice.

1

Case 3:25-cv-02986-KBBT    Document 201    Filed 10/09/25    Page 2 of 3    PageID 2682

Additionally, the Court **IMPOSES** the following sanctions:

Deloris Phillips is **BARRED** from proceeding with any future lawsuit in the Northern District of Texas – whether she initially filed it in this court, she filed it in another court and it was removed or she seeks to remove it to this court, or she filed it in another federal court and it was transferred to this court – unless she first:

(1) Pays the applicable filing fee, and

(2) Obtains leave of court to file it from a Judge of a United States Court of Appeals for the Fifth Circuit, a United States District Judge, or a United States Magistrate Judge, through a proper motion for leave to file the action.

A proper motion for leave to file an action must be titled as a "Motion for Leave of Court to File Action", and it must be accompanied by (1) a receipt showing proof of payment of the applicable filing fee, and (2) a copy of her proposed filing containing her original signature or that of her attorney.

For any future action submitted by Deloris Phillips for filing that is not accompanied by a proper motion for leave to file, as defined above, **the Clerk of Court is directed to**:

(1) Open a new case for administrative purposes only;

(2) Docket the plaintiff's filings and a copy of the judgment in this case in that new case; and

(3) Close the case without further order of the Court.

Filings, other than a proper motion for leave, as defined above, or a notice of appeal of the denial of a proper motion for leave, shall be docketed for administrative

2

Case 3:25-cv-02986-K-BT    Document 201    Filed 08/09/25    Page 3 of 3    PageID 2093

purposes only and will not otherwise be addressed or acknowledged by the Court.


**IT IS SO ORDERED** this 9th day of December, 2022.


_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

3

Signature Block

/s/ : Delouis Phillips

P.O. Box 530236
Grand Prairie, TX
           75053-0236

Phone: (903) 252-2909
Email: delonsphillips360@aol.com
Date: 03.25.2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT
OF TEXAS
DALLAS DIVISION

Delvins Phillips, plaintiff,                    Case No.

    v.

Neurock of Meadow Green Apts,
RPM Living Property Management,
Real Page Incorporation,
Ponce lewallen,
Ashlee Cheshire,
Dean Smith,
Omar Azam,
Marc Kirkland.

Plaintiff's Notice of Removal
of State Court Case CC-25-08609A

Citing Federal Question. Said
Court has proper jurisdiction
for questions arising under/for
the United States of America's
Constitution CC-25-086009-A
DOCKET SHEET ATTACHED 1/4

Plaintiff properly removes state court case CC-25-08609-A as soon as I, plaintiff-removant became aware that the motion for plea to jurisdiction will be heard on 03.27.2026 for the defendant's. This motion for the defendant's is nowhere on the record of transcript of judgment, and nor is the motion on the docket of CC-25-08609-A. I believe the transcript of judgment is not as the original record was filed in the originating court Justice of the Peace Court 4-2, Grand Prairie, Dallas County, Texas. This is obstruction of justice and denied due course of law.

8/4

I am in no way stating the Court per say has obstructed the record. I do factually state the record is sabotaged. This has happened in more than a few other cases, including this Honorable Court, the United States District of Northern Texas Dallas Division. This is also true for the United States Court of Appeals for the 5th Circuit and the Supreme Court of the United States. These are facts that I humbly state.

As recent as last year, my documents were sabotaged for the application for extension of time to file writ of certiorari ir 24A906/25-5643. These are facts. My physical 3/4

documents were intercepted and a page was removed. It happens to my efiles, pdfs etc. It has been happening for years. I humbly seek a ~~who~~ hearing on the merits to verbally/vocally speak to the court, under oath, what cannot be written in words to please the court. I speak the truth, the whole truth, and nothing but the whole truth so help me God.
"Please accept notice of removal and grant one hearing on the merits

Respectfully,

/s/: Delou@
Delores Phillip,
P.O. BOX 530236
Grand Prairie, TX 75053-0236
Phone: (903) 553-2909

4/4

CC-25-08609-A   CASE SUMMARY
NOTICE OF REMOVAL

## Case Information

CC-25-08609-A | DELORIS PHILLIPS vs. NEUROCK OF MEADOW GREEN APTS, RPM LIVING PROPERTY MANAGEMENT, REAL PAGE INCORPORATION.et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-25-08609-A | County Court at Law No. 1 | BENSON, D'METRIA |
| File Date | Case Type | Case Status |
| 10/30/2025 | JP APPEAL - SUITS ON DEBT | OPEN |

## Party

PLAINTIFF
PHILLIPS, DELORIS

Active Attorneys ▼
Pro Se

DEFENDANT
NEUROCK OF MEADOW GREEN APTS

Active Attorneys ▼
Lead Attorney
SIMS, KIMBERLY M.J.
Retained

Inactive Attorneys ▼
Attorney
KIRKLAND, MARC F.
Retained

Work Phone
469-287-3900

Fax Phone
469-287-3999

RPM LIVING PROPERTY MANAGEMENT

Active Attorneys

Lead Attorney
SIMS, KIMBERLY M.J.
Retained

DEFENDANT
REAL PAGE INCORPORATION

Active Attorneys ▼
Pro Se

Inactive Attorneys ▼
Attorney
KIRKLAND, MARC F.
Retained

Work Phone
469-287-3900

Fax Phone
469-287-3999

DEFENDANT
ATTORNEY FOR REAL PAGE-DEAN SMITH

Active Attorneys ▼
Pro Se

DEFENDANT
ATTORNEY FOR REAL PAGE-MARC KIRKLAND

Active Attorneys ▼
Pro Se

DEFENDANT
NEUROCK MGR PONCIE LEWALLEN

Active Attorneys ▼
Pro Se

DEFENDANT
NEUROCK REGIONAL MGR ASHLEE CHESHIRE

Active Attorneys ▼
Pro Se

## Events and Hearings

10/30/2025 JP APPEAL (OCA - CASES APPEALED FROM LOWER COURTS) ▾

JP APPEAL (OCA - CASES APPEALED FROM LOWER COURTS)

10/30/2025 AFFIDAVIT INABILITY TO PAY ▾

AFFIDAVIT INABILITY TO PAY

10/30/2025 NOTICE - CORRESPONDENCE ▾

NOTICE - CORRESPONDENCE

11/04/2025 MISCELLANEOUS ▾

MISCELLANEOUS

Comment
**REQUEST FOR COPIES**

11/04/2025 REQUEST FOR COURT APPOINTED ATTORNEY ▾

REQUEST FOR COURT APPOINTED ATTORNEY

11/05/2025 ORDER - MEDIATION ▾

ORDER - MEDIATION

11/11/2025 PROPOSED ORDER ▾

PROPOSED APPELLANTS REQUEST FOR ANY/ALL ABSTRACT OF JUDGMENT

Comment
**PROPOSED APPELLANTS REQUEST FOR ANY/ALL ABSTRACT OF JUDGMENT**

11/14/2025 EXHIBITS ▾

Comment

APPELLANT'S EXHIBITS-OFFERS OF PROOF

11/18/2025 NOTICE OF FILING ▼

NOTICE OF FILING

Comment

REQUEST FOR HEARING ON MOTION TO PROCEED IFP W/ STATEMENT OF INABILITY TO PAY AND MOTION TO APPOINT COUNSEL AND SPECIAL MASTER

11/19/2025 RETURNED MAIL ▼

RETURNED MAIL

Comment

C/O DELORIS PHILLIPS - NOTICE CORRESPONDENCE - 3001 E AVE K BLDG #247 GRAND PRAIRIE TX 75050

12/02/2025 ORDER - DENYING ▼

ORDER - DENYING

12/12/2025 RETURNED MAIL ▼

RETURNED MAIL

Comment

REAL PAGE INCORPORATION ATTN OMAR AZAM

01/12/2026 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE LETTER ON SUBPOENA

Comment

APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR SERVICE AND REQUEST FOR PREPARATION OF SUBPOENAS. ATTACHED SUBPOENA FOR TEXAS TRUST CREDIT UNION-THUY PHAM

01/12/2026 EXHIBITS ▼

EXHIBITS 1 & 2 W/ TARRANT CO DOCUMENTS

Comment

1 & 2 W/ TARRANT COUNTY COURT DOCUMENTS

01/12/2026 EXHIBITS ▼

EXHIBITS - TARRANT CO. DOCUMENTS

Comment

TARRANT COUNTY COURT DOCUMENTS

01/12/2026 EXHIBITS ▾

EXHIBITS - TARRANT CO. DOCUMENTS

Comment
**TARRANT COUNTY COURT DOCUMENTS**

01/12/2026 EXHIBITS ▾

EXHIBITS - TARRANT CO DOCUMENTS

Comment
**TARRANT COUNTY COURT DOCUMENTS**

01/12/2026 NOTICE ▾

2ND AMENDED REQUEST TO ISSUE SUBPOENAS

Comment
**2ND AMENDED REQUEST TO ISSUE SUBPOENAS**

01/13/2026 SUBPOENA DUCES TECUM ▾

SUBPOENA DUCES TECUM

SUBPOENA DUCES TECUM

Comment
**ESERVE# 109975449**

01/13/2026 SUBPOENA DUCES TECUM ▾

Served
**01/15/2026**

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**02/02/2026 9:38 AM**
Comment
**TEXAS TRUST CREDIT UNION HEADQUARTERS**

01/13/2026 SUBPOENA DUCES TECUM ▾

Unserved

Anticipated Server
**ATTORNEY**

Anticipated Method
Served
**01/15/2026**

ATTORNEY

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
02/02/2026 1:12 PM
Comment
THUY PHAM

01/15/2026 CORRESPONDENCE - LETTER TO FILE ▾

KIMBERLY SIMS---RPM LIVING.pdf

Comment
APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR
SERVICE AND REQUEST FOR PREPARATION OF SUBPOENAS. ATTACHED SUBPOENA FOR
ATTORNEY KIMBERLY SIMS

01/16/2026 CORRESPONDENCE - LETTER TO FILE ▾

APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR
SERVICE

Comment
APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR
SERVICE AND REQUEST FOR PREPARATION OF SUBPOENAS. ATTACHED SUBPOENA FOR
PONCIE LEWALLEN SERVED ON ATTORNEY KIMBERLY SIMS FOR PONCIE LEWALLEN

01/16/2026 CORRESPONDENCE - LETTER TO FILE ▾

ASHLEE CHESIRE---KIMBERLY SIMS SUBPOENA.pdf

Comment
APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR
SERVICE AND REQUEST FOR PREPARATION OF SUBPOENAS. ATTACHED SUBPOENA FOR
ASHLEE CHESHIRE SERVED ON ATTORNEY KIMBERLY SIMS FOR ASHLEE CHESIRE

01/20/2026 SUBPOENA DUCES TECUM ▾

SUBPOENA DUCES TECUM

SUBPOENA DUCES TECUM

Comment
ESERVE# 110240870

01/20/2026 SUBPOENA DUCES TECUM ▾

SUBPOENA DUCES TECUM

Comment
E-SERVE ENV# 110278421

01/20/2026 EXHIBITS ▼

EXHIBITS

Comment

APPELLANTS EXHIBITS 5, 6, AND 7 THE AVERY APTS. VS. DELORIS PHILLIPS (NOT ME) JP02-25-E00158470; JP02-25-E00159070; JP02-25-E00159794 JUSTICE OF THE PEACE COURT 2 ARLINGTON, TARRANT COUNTY, TEXAS EXHIBITS 8 AND 9 BUDGET SUITES VS. DELORIS PHILLIPS (NOT ME) JUSTICE OF THE PEACE 5-2 DALLAS, DALLAS COUNTY, TEXAS & DALLAS COUNTY COURT AT LAW 2. . PLEASE FORWARD COPIES OF THESE EXHIBITS TO COURT REPORTER LYNDA PATE FOR 01.28.2026 (10:30AM) HEARING

01/20/2026 MOTION - QUASH ▼

MOTION TO QUASH

Comment

MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

01/20/2026 PROPOSED ORDER ▼

PROPOSED ORDER GRANTING MOTION TO QUASH

Comment

ORDER GRANTING MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

01/20/2026 SUBPOENA DUCES TECUM ▼

Unserved

Anticipated Server
ATTORNEY

Anticipated Method
Unserved

Anticipated Server
ATTORNEY

Anticipated Method
Comment
KIMBERLY SIMS

01/20/2026 SUBPOENA DUCES TECUM ▼

Unserved

Anticipated Server
ATTORNEY

Anticipated Method

01/21/2026 SUBPOENA DUCES TECUM ▼

SUBPOENA DUCES TECUM

01/21/2026 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE LETTER FOR SUBPOENA

Comment

APPELLANT'S REQUEST FOR COURT'S ASSISTANCE TO SERVE ALL SUBPOENAS BY DEPUTY IN THE JURISDICTION OF DALLAS COUNTY AND TO PREPARE AN INFORMA PAUPER AIFP PACKET (STAMPED WITH AIFP) AND EMAILED TO APPELLANT AND SENT BY CERTIFIED MAIL FOR ALL SUBPOENAS OUTSIDE THE JURISDICTION OF DALLAS COUNTY

01/22/2026 SUBPOENA DUCES TECUM ▼

SUBPOENA DUCES TECUM

SUBPOENA DUCES TECUM

Comment

PCT 3

01/22/2026 ORDER - QUASH ▼

ORDER - QUASH

Comment

ORDER ON MOVANT 'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

01/22/2026 CITATION (SERVICE) ▼

Unserved

Anticipated Server
CONSTABLE 3

Anticipated Method
Comment
PCT 3

01/22/2026 SUBPOENA DUCES TECUM ▼

Unserved

Anticipated Server
CONSTABLE 3

Anticipated Method
Comment
PCT 3

01/22/2026 SUBPOENA DUCES TECUM ▼

Unserved

Anticipated Server
CONSTABLE 3

Anticipated Method

KIMBERLY SIMS FOR CLIENT ASHLEE CHESHIRE

01/23/2026 MOTION - QUASH ▾

MOTION TO QUASH

01/23/2026 PROPOSED ORDER ▾

PROPOSED ORDER GRANTING MOTION TO QUASH

Comment
**PROPOSED ORDER GRANTING MOTION TO QUASH**

01/23/2026 MOTION - QUASH ▾

MOTION QUASH

Comment
**MOTION TO QUASH SUBPOENAS ISSUED BY DELORIS PHILLIPS TO PONCIE LEWALLEN**

01/23/2026 PROPOSED ORDER ▾

PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED BY DELORIS PHILIPS TO PONCIE LEWALLEN

Comment
**PROPOSED ORDER GRANTING MOTION QUASH SUBPOENA ISSUED BY DELORIS PHILLIPS TO PONCIE LEWALLEN**

01/23/2026 MOTION - QUASH ▾

MOTION QUASH

Comment
**MOTION TO QUASH SUBPOENAS ISSUED BY DELORIS PHILLIPS TO ASHLEE CHESHIRE**

01/23/2026 PROPOSED ORDER ▾

PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED BY DELORIS PHILLIPS TO ASHLEE CHESHIRE

Comment
**PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED BY DELORIS PHILLIPS TO ASHLEE CHESHIRE**

01/28/2026 PLEA TO JURISDICTION ▾

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

Judicial Officer

**JUDGE, VISITING**

Hearing Time

**10:30 AM**

Cancel Reason

**WEATHER CONDITIONS**

01/28/2026 EXHIBIT LIST ▾

Submission of Exhibits for Hearing on Plea to the Jurisdiction - Delons Phillips.pdf

01/29/2026 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment

**OFFICER'S RETURN SERVED**

01/29/2026 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment

**OFFICER'S RETURN SERVED**

01/29/2026 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment

**OFFICER'S RETURN SERVED**

02/02/2026 RETURN OF SERVICE ▾

RETURN OF SERVICE

RETURN OF SERVICE

Comment

**THUY PHAM**

02/02/2026 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment

**TEXAS TRUST CREDIT UNION HEADQUARTERS**

02/16/2026 NOTICE ▾

Comment

PLAINTIFF/APPELLANT'S NOTICE OF ADDITIONAL EXHIBITS IN SUPPORT OF RETALIATORY
EVICTION AND IN OPPOSITION OF DEFENDANT'S MOTION FOR DISMISSAL FOR PLEA TO
JURISDICTION

02/16/2026 NOTICE ▾

NOTICE

Comment

NOTICE OF ADDITIONAL EXHIBITS (PT. 2) IN SUPPORT OF RETALIATORY EVICTION CLAIM AND
IN OPPOSITION OF DEFENDANT'S MOTION FOR DISMISSAL FOR PLEA TO JURISDICTION

02/16/2026 NOTICE ▾

NOTICE

Comment

PLAINTIFF-APPELLANTS NOTICE OF ADDITIONAL EXHIBITS (PT. 3) IN SUPPORT OF
RETALIATORY EVICTION CLAIM AND IN OPPOSITION OF DEFENDANT'S MOTION FOR
DISMISSAL FOR PLEA TO JURISDICTION

03/27/2026 PLEA TO JURISDICTION ▾

ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE
ZZOVERFLOW CCL1 HEARING NOTICE

Judicial Officer

JUDGE, VISITING

Hearing Time

9:30 AM

**Financial**

| Total Financial Assessment | | $1,880.00 |
| Total Payments and Credits | | $1,608.00 |

| 10/30/2025 | Transaction Assessment | $350.00 |
| 10/30/2025 | INABILITY TO PAY | ($350.00) |
| 11/4/2025 | Transaction Assessment | $1,250.00 |
| 11/4/2025 | INABILITY TO PAY | ($1,250.00) |
| 1/13/2026 | Transaction Assessment | $8.00 |
| 1/21/2026 | Transaction Assessment | $8.00 |
| 1/21/2026 | INABILITY TO PAY | ($8.00) |
| 1/22/2026 | Transaction Assessment | $88.00 |
| 1/22/2026 | Transaction Assessment | $176.00 |

## Documents

JP APPEAL (OCA - CASES APPEALED FROM LOWER COURTS)

AFFIDAVIT INABILITY TO PAY

NOTICE - CORRESPONDENCE

MISCELLANEOUS

REQUEST FOR COURT APPOINTED ATTORNEY

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

1CCL NONJURY TRIAL/MED

ORDER - MEDIATION

PROPOSED APPELLANTS REQUEST FOR ANY/ALL ABSTRACT OF JUDGMENT

EXHIBITS

RETURNED MAIL

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ORDER - DENYING

RETURNED MAIL

CORRESPONDENCE LETTER ON SUBPOENA

EXHIBITS 1 & 2 W/ TARRANT CO DOCUMENTS

EXHIBITS - TARRANT CO. DOCUMENTS

EXHIBITS - TARRANT CO. DOCUMENTS

EXHIBITS - TARRANT CO DOCUMENTS

2ND AMENDED REQUEST TO ISSUE SUBPOENAS

SUBPOENA- DUCES TECUM TEST

SUBPOENA DUCES TECUM

SUBPOENA- DUCES TECUM TEST

SUBPOENA DUCES TECUM

SUBPOENA DUCES TECUM

KIMBERLY SIMS---RPM LIVING.pdf

SUBPOENA- DUCES TECUM TEST

APPELLANT'S REQUEST FOR ASSISTANCE TO EXPEDITE TIME-SENSITIVE SUBPOENAS FOR SERVICE

SUBPOENA DUCES TECUM

ASHLEE CHESIRE---KIMBERLY SIMS SUBPOENA.pdf

SUBPOENA DUCES TECUM

CORRESPONDENCE LETTER FOR SUBPOENA

EXHIBITS

SUBPOENA DUCES TECUM

SUBPOENA DUCES TECUM

MOTION TO QUASH

PROPOSED ORDER GRANTING MOTION TO QUASH

SUBPOENA DUCES TECUM

ORDER - QUASH

MOTION TO QUASH

PROPOSED ORDER GRANTING MOTION TO QUASH

MOTION QUASH

PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED BY DELORIS PHILIPS TO PONCIE LEWALLEN

MOTION QUASH

Case 3:26-cv-00959-N-BT   Document 1   Filed 03/25/26   Page 24 of 86   PageID 24

ASHLEE CHESHIRE

Submission of Exhibits for Hearing on Plea to the Jurisdiction - Deloris Phillips.pdf

RETURN OF SERVICE

RETURN OF SERVICE

RETURN OF SERVICE

SUBPOENA DUCES TECUM

RETURN OF SERVICE

RETURN OF SERVICE

RETURN OF SERVICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

ZZOVERFLOW CCL1 HEARING NOTICE

NOTICE

NOTICE

NOTICE



EXHIBIT A

Please see attached 2 pgs

EXHIBIT A- (Physical
Silver CD)
in color )

Folders on CD

Folder one: Case D.2-25-00447-CV
(5 files
total )
Trial Court Case
Record on Appeal 2025-0057234
Clerks Records &
court reporters records

Folder two : Case 02-25-~~00532-3~~
00503-CV
(2 files
total )
Trial Court Case
2025-0053293
Record on appeal

Folder Three : 3:25-CV-02164-DBT
(empty )
record on appeal would
not load

Folder Four 05-25-01390-CU ROA
(8 files)
total
This file folder automatically loaded
and coped on CD w/o my doing
so 1/2

Folder Five: CC-25-08609-A
State court case on removal
is empty.
No file would open last
night when I went to
dallascounty.org and
opened CC-25-08609-A
each file I clicked on
would not open.

Folder 6 Network?
I do not know how
this folder got on the
CD. I do not have a ~~clue~~
clue
how.

2/2

**EXHIBIT #5**

## REGISTER OF ACTIONS
### CASE NO. 2025-005329-3

| | |
|---|---|
| Deloris Phillips vs Neurock of Meadow Green Apartments, Real Page Incorporation, RPM Living Property Management | § § § § § § |

| | |
|---|---|
| Case Type: | **JP Appeal - Other Civil** |
| Date Filed: | **07/15/2025** |
| Location: | **County Court at Law No. 3** |

---

### RELATED CASE INFORMATION

**Related Cases**
JP02-25-SC00025505 (JP Case)

---

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| Defendant | **Azam, Omar** QSLWM 2001 Bryan St Suite 1800 Dallas, TX 75201 | | **Marc F Kirkland** *Retained* 214-560-5442(W) |
| Defendant | **Neurock of Meadow Green Apartments** Attn: Poncie LeWallen 3001 E Ave K Grand Prairie, TX 75050 | | **Kimberly M. J. Sims** *Retained* 214-888-3106(W) |
| Defendant | **Real Page Incorporation** 2201 Lakeside Blvd Richardson, TX 75082 | | **Dean Smith** *Retained* 214-560-5442(W) |
| Defendant | **RPM Living Property Management** Attn: Ashlee Cheshire 8111 Preston Road Suite 900 Dallas, TX 75225 | | **Kimberly M. J. Sims** *Retained* 214-888-3106(W) |
| Defendant | **Sims, Kimberly** Patter Law Group 15443 Knoll Trail Suite 100 Dallas, TX 75248 | | **Kimberly M. J. Sims** *Retained* 214-888-3106(W) |
| Plaintiff | **Phillips, Deloris** PO Box 530236 Grand Prairie, TX 75053-0236 | | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 09/22/2025 | **Order on Summary Judgment** (Judicial Officer: Hrabal, Mike) Party(Neurock of Meadow Green Apartments; RPM Living Property Management) |
| 10/24/2025 | **Order on Summary Judgment** (Judicial Officer: Hrabal, Mike) Party(Sims, Kimberly) |
| 10/29/2025 | **Order on Summary Judgment** (Judicial Officer: Hrabal, Mike) Party(Azam, Omar) |
| 10/29/2025 | **Order on Summary Judgment** (Judicial Officer: Hrabal, Mike) Party(Real Page Incorporation) |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/22/2025 | **Amended Petition Filed** |
| 07/15/2025 | **OCA Appeal        Index # 1** |
| 07/15/2025 | **JP Original Petition        Index # 2** *2nd Amended Petition* Party:  Phillips, Deloris |
| 07/15/2025 | **JP Original Answer        Index # 3** Party:  Neurock of Meadow Green Apartments Party:  RPM Living Property Management |

**EXHIBIT #5**

| Date | Entry |
|------|-------|
| 07/15/2025 | **JP Judgment**    Index # 4 |
| | *DISMISS W/PREJUDICE* |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| 07/15/2025 | **JP Notice of Appeal**    Index # 5 |
| | Party: Phillips, Deloris |
| 07/15/2025 | **Affidavit of Inability to Pay**    Index # 6 |
| | Party: Phillips, Deloris |
| 07/15/2025 | **JP Motions & Orders**    Index # 7 |
| | *Approved SIP* |
| | Party: Phillips, Deloris |
| 07/15/2025 | **JP Transcript of Judgment**    Index # 8 |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| 07/15/2025 | **Letter Notifying Parties of Case Filing**    Index # 10 |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| 07/22/2025 | **Request** |
| | *Copy of Transcript Printed for Party/Request to Court Reporter* |
| | Party: Phillips, Deloris |
| 07/28/2025 | **Vacation Letter**    Index # 11 |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| 07/30/2025 | **Letter**    Index # 12 |
| | *RE: Request For Copies* |
| | Party: Phillips, Deloris |
| 07/30/2025 | **Letter Requesting Setting for Trial**    Index # 13 |
| | Party: Phillips, Deloris |
| 07/30/2025 | **Order Setting Trial**    Index # 14 |
| | *Electronically served to Party's attorney and/or mailed to all pro-se parties* |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: RPM Living Property Management |
| 07/30/2025 | **Third Amended Original Petition**    Index # 15 |
| | Party: Phillips, Deloris |
| 07/30/2025 | **Letter**    Index # 16 |
| | *RE: Requesting Issuance of Citation* |
| | Party: Phillips, Deloris |
| 07/30/2025 | **Letter**    Index # 17 |
| | *RE: Requesting Copies* |
| | Party: Phillips, Deloris |
| 07/31/2025 | **Citation** |
| | *1. Civil Serve to JP2 all others Sent by Certified Mail 07-31-2025* |

| | | | |
|---|---|---|---|
| Neurock of Meadow Green Apartments | Served | 07/31/2025 |
| Real Page Incorporation | Served | 08/04/2025 |
| RPM Living Property Management | Served | 08/04/2025 |
| Sims, Kimberly | Served | 08/04/2025 |
| Azam, Omar | Served | 08/02/2025 |

| Date | Entry |
|------|-------|
| 08/01/2025 | **JP Original Petition**    Index # 18 |
| | *Amended Petition from JP Courts* |
| | Party: Phillips, Deloris |
| 08/01/2025 | **JP Civil Docket Page/Case Summary**    Index # 19 |
| | Party: Phillips, Deloris |
| 08/13/2025 | **Letter**    Index # 20 |
| | *Re Omar Azam* |
| | Party: Azam, Omar |
| 08/19/2025 | **Paper Returned**    Index # 21 |
| | *Certified Mail Return on Real Page Incorporation* |
| | Party: Real Page Incorporation |
| 08/19/2025 | **Paper Returned**    Index # 22 |
| | *Certified Mail Return on Kimberly Sims* |
| | Party: Sims, Kimberly |
| 08/19/2025 | **Paper Returned**    Index # 23 |
| | *Certified Mail Return on RPM Living Property Management* |
| | Party: RPM Living Property Management |
| 08/19/2025 | **Paper Returned**    Index # 24 |
| | *Certified Mail Return on Omas Azam* |
| | Party: Azam, Omar |
| 08/19/2025 | **Paper Returned**    Index # 25 |
| | Party: Neurock of Meadow Green Apartments |
| 08/25/2025 | **Defendant's Original Answer**    Index # 26 |
| | Party: Real Page Incorporation |
| 08/26/2025 | **Defendant's Motion for Summary Judgment**    Index # 27 |
| | *No Evidence Motion for Summary Judgment* |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| 08/26/2025 | **Motion to Dismiss**    Index # 28 |
| | Party: Sims, Kimberly |
| 08/27/2025 | **Request** |
| | *For Copies* |

EXHIBIT #5

| | |
|---|---|
| 08/27/2025 | **Letter**   Index # 29 |
| | *Requesting Omar Azam to be Removed as a Defendant* |
| | Party: Azam, Omar |
| 08/28/2025 | **Notice of Hearing / Trial**   Index # 30 |
| | *on (1) Defendant Kimberly Sims' Rule 91a Motion to Dismiss and (2) Defendants Neurock of Meadow* |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 08/28/2025 | **Request** |
| | *For Copies* |
| | Party: Phillips, Deloris |
| 09/02/2025 | **Defendant's Motion for Summary Judgment**   Index # 31 |
| | Party: Real Page Incorporation |
| 09/16/2025 | **Notice**   Index # 32 |
| | *to Appear/Electronically served to Party's attorney and/or mailed to all pro-se parties* |
| | Party: Azam, Omar |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/16/2025 | **Order Setting Trial**   Index # 33 |
| | *Electronically served to Party's attorney and/or mailed to all pro-se parties* |
| | Party: Azam, Omar |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/17/2025 | **Motion for Summary Judgment**   Index # 34 |
| | Party: Azam, Omar |
| 09/17/2025 | **Notice of Hearing / Trial**   Index # 35 |
| | Party: Azam, Omar |
| | Party: Real Page Incorporation |
| 09/17/2025 | **Notice of Hearing / Trial**   Index # 36 |
| | Party: Azam, Omar |
| 09/22/2025 | **Motion for Summary Judgment**  (1:30 PM) (Judicial Officer Hrabal, Mike) |
| | *and Rule 91A Motion to Dismiss (DEFN's)* |
| 09/22/2025 | **Motion**   Index # 37 |
| | *and Memorandum in Support of Motion for Continuance* |
| | Party: Phillips, Deloris |
| 09/22/2025 | **Judge Docket Entry** |
| | *Heard Ds NE MSJ. Granted and S Order.* |
| 09/22/2025 | **Order on Summary Judgment**   Index # 38 |
| | ***Electronically served to Party's attorneys and to all pro-se parties**** |
| | Party: Azam, Omar |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/22/2025 | **Motion for Summary Judgment**   Index # 39 |
| | Party: Sims, Kimberly |
| 09/22/2025 | **Notice of Appeal**   Index # 40 |
| | *on Summary Judgment* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Motion to Continue**   Index # 41 |
| | Party: Sims, Kimberly |
| 09/23/2025 | **Appeal - Electronic Confirmation of Notice of Appeal**   Index # 42 |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *APPELLANT'S REQUEST FOR SERVICE/ISSUANCE WITH SUBPOENA DUCES TECUM AND AD TESTIFICANDUM FOR TEXAS TRUST CREDIT UNION* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *Amended TEXAS TRUST CREDIT UNION AMENDED SUBPOENA DUCES TECUM AND AD TESTIFICANDUM FOR 10.10.2025 HEARINGS (1:30PM & 2PM)* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *CT CORPORATION COMPANY--MASTERCARD* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *REAL PAGE INCORPORATIONS SUBPOENA DUCES TECUM AND AD TESTIFICANDUM* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *SUBPOENA DUCES TECUM AND AD TESTIFICANDUM FOR PONCIE LEWALLEN---PROPERTY MANAGER AND REGISTERED AGENT FOR NEUROCK OF MEADOW GREEN APARTMENTS* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | *SUBPOENA DUCES TECUM AND ADTESTIFICANDUM FOR MAX CIRCO--MAINTENANCE TECHNICIAN FOR NEUROCK OF MEADOW GREEN APARTMENTS* |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |

EXHIBIT #5

| | |
|---|---|
| | SUBPOENA DUCES TECUM AND AD TESTIFICANDUM FOR ASHLEE CHESHIRE--REGIONAL MANAGER FOR NEUROCK OF MEADOW GREEN APARTMENTS AND RPM LIVING PROPERTY MANAGMENT REPRESENTATIVE |
| | Party: Phillips, Deloris |
| 09/23/2025 | **Request** |
| | SUBPOENA DUCES TECUM AND AD TESTIFICANDUM FOR KIMBERLY SIMS |
| | Party: Phillips, Deloris |
| 09/24/2025 | **Order Setting Trial     Index # 43** |
| | Electronically served to all pro se parties and lead attorneys |
| | Party: Azam, Omar |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/24/2025 | **Request** |
| | Amended-CT CORPORATION COMPANY-MASTERCARD AMENDED SUBPOENA DUCES TECUM. TO BE ISSUSED AS AN OUT-OF-JURISDICTION AIFP. |
| | Party: Phillips, Deloris |
| 09/24/2025 | **Request** |
| | APPELLANT'S INSTRUCTIONS FOR SERVICE OF SUBPOENAS AND AIFP SUBPOENA PACKETS |
| | Party: Phillips, Deloris |
| 09/24/2025 | **Request** |
| | TEXAS TRUST CREDIT UNION--THUY PHAM AMENDED SUBPOENA DUCES TECUM AND AD TESTIFICANDUM |
| | Party: Phillips, Deloris |
| 09/25/2025 | **Notice of Hearing / Trial     Index # 44** |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/25/2025 | **Motion to Quash     Index # 45** |
| | Subpoenas |
| | Party: Neurock of Meadow Green Apartments |
| | Party: RPM Living Property Management |
| | Party: Sims, Kimberly |
| 09/25/2025 | **Record - From Outside Jurisdiction** |
| | 2nd Court of Appeals Re: Jurisdiction |
| | Party: Phillips, Deloris |

| | | | |
|---|---|---|---|
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for p/u | | |
| | Pham, Thuy | Served | 10/06/2025 |
| | | Returned | 10/06/2025 |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for p/u | | |
| | CT Corporation Company- MasterCard | Unserved | |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for p/u | | |
| | Kirkland, Mark | Unserved | |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for p/u | | |
| | LeWallen, Poncie | Served | 10/02/2025 |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for P/u | | |
| | Circo, Max | Served | 10/02/2025 |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for pick up | | |
| | Cheshire, Ashlee | Unserved | |
| 09/29/2025 | **Subpoena Duces Tecum** | | |
| | Placed in basket for p/u | | |
| | Sims, Kimberly | Unserved | |

| | |
|---|---|
| 10/01/2025 | **Request** |
| | For Copies |
| | Party: Phillips, Deloris |
| 10/01/2025 | **Request** |
| | for Copies of Subpoena Requests |
| | Party: Phillips, Deloris |
| 10/02/2025 | **Paper Returned     Index # 46** |
| | Party: LeWallen, Poncie |
| 10/03/2025 | **Notice     Index # 49** |
| | Plaintiff's Challenge to Constitutionality of a State Statue |
| | Party: Phillips, Deloris |
| 10/06/2025 | **Motion to Quash     Index # 47** |
| | Subpoena and for Protective Order |
| | Party: Pham, Thuy |
| | Party: Texas Trust Credit Union |
| 10/06/2025 | **Motion to Quash     Index # 48** |
| | Subpoenas Issued to RealPage |
| | Party: Azam, Omar |
| 10/07/2025 | **Paper Returned     Index # 50** |
| | Party: Circo, Max |
| 10/10/2025 | CANCELED  **Pre Trial** (2:00 PM) (Judicial Officer Hrabal, Mike) |
| | Per Judge |
| 10/10/2025 | **Motion for Summary Judgment** (1:30 PM) (Judicial Officer Hrabal, Mike) |
| | Real Page and MSJ Omar Azam |
| 10/10/2025 | **Request** |
| | For Copies |

EXHIBIT #5

| | |
|---|---|
| 10/10/2025 | **Request** |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Request** |
| | *Issuance of Subpoena Ken Paxton* |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Request** |
| | *Issuance of Subpoena-Clarissa Hodges* |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Request** |
| | *Issuance of Subpoena-Mary Louise Nicholson* |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Request** |
| | *Copy of Subpoena Requests* |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Plaintiff's Exhibit List**    Index # 51 |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Judge Docket Entry** |
| | *Heard Azam and Real Pages Mtn for NE MSJ. P and Ds appeared. Granted as to Azam and Real Page. Order to come.* |
| 10/10/2025 | **Motion**    Index # 52 |
| | *for Reconsideration and Hearing Request* |
| | Party: Phillips, Deloris |
| 10/10/2025 | **Request** |
| | *for Copy of Motion for Reconsideration and Case Summary* |
| | Party: Phillips, Deloris |
| 10/14/2025 | **Paper Returned**    Index # 53 |
| | Party: Pham, Thuy |
| 10/15/2025 | CANCELED    Jury Trial  (10:00 AM) (Judicial Officer Hrabal, Mike) |
| | *Per Judge* |
| 10/21/2025 | **Plaintiff's Exhibit List**    Index # 54 |
| | *Exhibit Set A* |
| | Party: Phillips, Deloris |
| 10/21/2025 | **Plaintiff's Exhibit List**    Index # 55 |
| | *Exhibit Set B* |
| | Party: Phillips, Deloris |
| 10/24/2025 | **Motion for Summary Judgment**  (1:30 PM) (Judicial Officer Hrabal, Mike) |
| | *Kimberly Sims No Evidence MSJ* |
| 10/24/2025 | **Judge Docket Entry** |
| | *Heard Def Sims NE MSJ. P requested record of proceedings. Denied on the record as this is a MSJ and 166a does not allow testimony. Granted NE MSJ as no response filed with evidence. S Order.* |
| 10/24/2025 | **Order on Summary Judgment**    Index # 56 |
| | *Granted/Electronically served to all pro se parties and lead attorneys* |
| | Party: Sims, Kimberly |
| 10/28/2025 | **Notice**    Index # 57 |
| | *to Appear/Electronically served to all pro se parties and lead attorneys* |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| 10/28/2025 | **Order Setting Trial**    Index # 58 |
| | *Electronically served to all pro se parties and lead attorneys* |
| | Party: Azam, Omar |
| | Party: Neurock of Meadow Green Apartments |
| | Party: Phillips, Deloris |
| | Party: Real Page Incorporation |
| | Party: RPM Living Property Management |
| 10/29/2025 | **Order on Summary Judgment**    Index # 59 |
| | *Granted/Electronically served to all pro se parties and lead attorneys* |
| | Party: Azam, Omar |
| 10/29/2025 | **Order on Summary Judgment**    Index # 60 |
| | *Granted/Electronically served to all pro se parties and lead attorneys* |
| | Party: Real Page Incorporation |
| 11/05/2025 | **Record - From Outside Jurisdiction** |
| | *2nd Court of Appeals Continuing Appeal* |
| | Party: Phillips, Deloris |
| 11/07/2025 | **Notice of Appeal**    Index # 61 |
| | *of all Summary Judgments* |
| | Party: Phillips, Deloris |
| 12/12/2025 | CANCELED    Pre Trial  (2:00 PM) (Judicial Officer Hrabal, Mike) |
| | *Other* |
| 12/17/2025 | CANCELED    Jury Trial  (10:00 AM) (Judicial Officer Hrabal, Mike) |
| | *Other* |
| 12/29/2025 | **Appeal - Front Cover**    Index # 62 |
| | Party: Phillips, Deloris |
| 12/29/2025 | **Clerk's Certificate**    Index # 63 |
| | Party: Phillips, Deloris |
| 12/29/2025 | **Appeal - Back Cover**    Index # 64 |
| | Party: Phillips, Deloris |
| 12/29/2025 | **Bill of Cost**    Index # 65 |
| | Party: Phillips, Deloris |
| 12/29/2025 | **Appeal - Electronic Confirm/Submission of Clerk's Record**    Index # 66 |
| | Party: Phillips, Deloris |
| 12/31/2025 | **Appeal - Electronic Confirm/Submission of Clerk's Record**    Index # 67 |
| | Party: Phillips, Deloris |

EXHIBIT #5

| 03/19/2026 | **Record - From Outside Jurisdiction** | |
| | *Re: Opinion and Judgment issued 02-25-00503-CV* | |
| | Party: Phillips, Deloris | |
| 03/19/2026 | **Judgment from the Court of Appeals**   **Index # 68** | |
| | *and Memorandum 02-25-00503-CV* | |
| | Party: Phillips, Deloris | |
| 03/24/2026 | **Record - Other** | |
| | *02-25-00503-CV Re: Motion For Extension of Time* | |
| | Party: Phillips, Deloris | |

---

## FINANCIAL INFORMATION

| | | |
|---|---|---:|
| **Plaintiff** Phillips, Deloris | | |
| Total Financial Assessment | | 41.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 03/25/2026** | | **41.00** |
| 07/15/2025 | Transaction Assessment | 350.00 |
| 07/15/2025 | Inability to Pay Court Cost | 350.00 |
| 07/25/2025 | Transaction Assessment | 787.00 |
| 07/31/2025 | Transaction Assessment | 130.00 |
| 07/31/2025 | Transaction Assessment | 356.00 |
| 07/31/2025 | Inability to Pay Court Cost | 1,273.00 |
| 08/27/2025 | Transaction Assessment | 58.00 |
| 08/27/2025 | Inability to Pay Court Cost | 58.00 |
| 08/29/2025 | Transaction Assessment | 12.00 |
| 08/29/2025 | Inability to Pay Court Cost | 12.00 |
| 10/01/2025 | Transaction Assessment | 146.00 |
| 10/01/2025 | Inability to Pay Court Cost | 146.00 |
| 10/01/2025 | Transaction Assessment | 24.00 |
| 10/02/2025 | Inability to Pay Court Cost | 24.00 |
| 10/02/2025 | Transaction Assessment | 150.00 |
| 10/02/2025 | Transaction Assessment | 75.00 |
| 10/02/2025 | Transaction Assessment | 16.00 |
| 10/02/2025 | Inability to Pay Court Cost | 241.00 |
| 10/10/2025 | Transaction Assessment | 65.00 |
| 10/10/2025 | Inability to Pay Court Cost | 65.00 |
| 10/10/2025 | Transaction Assessment | 2.00 |
| 10/10/2025 | Inability to Pay Court Cost | 2.00 |
| 10/14/2025 | Transaction Assessment | 41.00 |

EXHIBIT #5

Case: 3:26-cv-00959-N-BT    Document 1    Filed 03/25/26    Page 34 of 86    PageID 34

EXHIBIT #7

CASE: 26-0269

Case:

26-0269

Date Filed:

03/23/2026

Case Type:

Motion for Extension of Time to File Petition for Review pursuant to Tex. R. App. P. 53.7(f)

Style:

DELORIS PHILLIPS

v.:

NEUROCK OF MEADOW GREEN LP

## APPELLATE BRIEFS

| Date | Event Type | Description | Remarks | Document |
|------|------------|-------------|---------|----------|
| No briefs. | | | | |

## CASE EVENTS

| Date | Event Type | Disposition | Remarks | Document |
|------|------------|-------------|---------|----------|
| 03/23/2026 | Motion for Extension of Time to File Petition for Review disposed | Filing granted | Motion for Extension of Time to file Petition for Review is granted. Petition for Review is due May 6, 2026. | [ PDF/50 KB ] Notice |
| 03/23/2026 | Electronic communication sent to Party | | Email sent to opposing counsel to determine stance on motion. | |
| 03/23/2026 | Motion for Extension of Time | | Opposed Motion for Extension of Time to file | [ PDF/448 KB ] [ PDF/35 KB ] Notice |

EXHIBIT #7

| Date | Event Type | Disposition | Remarks | Document |
|------|-----------|-------------|---------|----------|
| | to File Petition for Review filed | | Petition for Review filed on behalf of Deloris Phillips. | |
| 03/23/2026 | Court reporter/recorder's record | | | |
| 03/23/2026 | Clerk's Record | | | |

## CALENDARS

| Set Date | Calendar Type | Reason Set | Remarks |
|----------|---------------|------------|---------|
| 05/06/2026 | Status | Petition for review due to be filed at Supreme Court | |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|----------------|
| Phillips, Deloris | Petitioner | Ms. Deloris Phillips |
| NeuRock of Meadow Green LP | Respondent | Ms. Kimberly M Sims |

## COURT OF APPEALS INFORMATION:

COA Case

02-25-00467-CV

Disposition

Dismissed

Opinion Cite

___ SW3d ___, 02-19-26

COA District

2nd Court of Appeals

COA Justice

Honorable Per Curiam

Case 3:26-cv-00959-N-BT     Document 1     Filed 03/25/26     Page 36 of 86     PageID 36

**TRIAL COURT INFORMATION**

Court

County Court at Law No 1

County

Tarrant

Court Judge

Honorable Don Pierson

Court Case

2025-005723-1

Reporter


Punishment


To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

EXHIBIT 7



CASE: 26-0279

Case:

**26-0279**

Date Filed:

03/23/2026

Case Type:

Motion for Extension of Time to File Petition for Review pursuant to Tex. R. App. P. 53.7(f)

Style:

DELORIS PHILLIPS

v.:

NEUROCK OF MEADOW GREEN APARTMENTS, REAL PAGE INCORPORATION, RPM LIVING PROPERTY MANAGEMENT, KIMBERLY SIMS, AND OMAR AZAM

## APPELLATE BRIEFS

| Date | Event Type | Description | Remarks | Document |
|---|---|---|---|---|
| No briefs. | | | | |

## CASE EVENTS

| Date | Event Type | Disposition | Remarks | Document |
|---|---|---|---|---|
| 03/24/2026 | Electronic communication sent to Party | | Email sent to counsel to determine stance on motion. | |
| 03/23/2026 | Motion for Extension of Time to File Petition for Review filed | | Motion for Extension of time to file Petition for Review filed on behalf of Deloris Phillips. | [ PDF/1.07 MB ] [ PDF/38 KB ]  Notice |

EXHIBIT #8

**CALENDARS**

| Set Date | Calendar Type | Reason Set | Remarks |
|---|---|---|---|
| 03/24/2026 | Work-Up by Staff / Review by Justices | Motion for Extension of Time Under Review | |

**PARTIES**

| Party | PartyType | Representative |
|---|---|---|
| Azam, Omar | Respondent | Dean Smith<br>Marc Kirkland |
| Sims, Kimberly | Respondent | Ms. Kimberly M Sims |
| Real Page Incorporation | Respondent | Dean Smith<br>Marc Kirkland |
| Phillips, Deloris | Petitioner | Deloris Phillips |
| RPM Living Property Management | Respondent | Ms. Kimberly M Sims |
| Neurock of Meadow Green Apartments | Respondent | Ms. Kimberly M Sims |

**COURT OF APPEALS INFORMATION:**

COA Case

02-25-00503-CV

Disposition

Dismissed

Opinion Cite

___ SW3d ___, 03-19-26

COA District

2nd Court of Appeals

COA Justice

Honorable Per Curiam

*EXHIBIT #8*

**TRIAL COURT INFORMATION**

Case 3:26-cv-00959-N-BT    Document 1    Filed 03/25/26    Page 39 of 86    PageID 39

Court

County Court at Law No 3

County

Tarrant

Court Judge

Honorable Mike Hrabal

Court Case

2025-005329-3

Reporter


Punishment


To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

EXHIBIT #8

**Case:**

02-25-00467-CV

**Date Filed:**

09/09/2025

**Case Type:**

Forcible entry & detainer

**Style:**

Deloris Phillips

**v.:**

NeuRock of Meadow Green LP

**Orig Proc:**

No

**Transfer From:**

**Transfer In:**

**Transfer Case:**

**Transfer To:**

**Transfer Out:**

**Pub Service:**

West Publishing

EXHIBIT
#14
02-25-00467-CV

Record on Appeal attached on separate CD (physical) (clerk's record and court reporter's record) included

## APPELLATE BRIEFS

| Date | Event Type | Description | Document |
|------|-----------|-------------|----------|
| No briefs. | | | |

EXHIBIT #14 1/3

| Date | Event Type | Disposition | Document | |
|------|-----------|-------------|----------|--|
| 02/19/2026 | Memorandum opinion issued | Dismissed | [ PDF/109 KB ] Memorandum Opinion [ PDF/86 KB ]    Notice | |
| 02/18/2026 | Submitted | | | |
| 01/02/2026 | Notice of late brief | | [ PDF/109 KB ] | Notice |
| 12/17/2025 | Notice of removal to federal court filed in this court | | [ PDF/151 KB ] | Other |
| | | | [ PDF/3.34 MB ] | Other |
| | | | [ PDF/339 KB ] | Other |
| | | | [ PDF/348 KB ] | Other |
| | | | [ PDF/349 KB ] | Other |
| | | | [ PDF/353 KB ] | Other |
| | | | [ PDF/382 KB ] | Other |
| | | | [ PDF/52.81 MB ] | Other |
| 12/12/2025 | Motion to stay disposed | Motion or Writ Denied | [ PDF/95 KB ] | Notice |
| 12/11/2025 | Motion to stay filed | | [ PDF/24.02 MB ] | Motion |
| 11/12/2025 | Record Sent | | | |
| 11/10/2025 | Electronic Reporter/Recorders Record Filed | | [ PDF/124 KB ] | Notice |
| 11/07/2025 | Record Sent | | [ PDF/14 KB ] | Other |
| 11/07/2025 | Electronic Clerks Record Filed | | [ PDF/84 KB ] | Notice |
| 09/23/2025 | Document Received | | | |
| 09/13/2025 | Document filed | | | |
| 09/13/2025 | Docketing statement filed | | | |
| 09/09/2025 | Notice of appeal filed in court of appeals | | [ PDF/120 KB ] | Notice |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|----------|--------------|-----------|
| 04/30/2026 | Status | Mandate to Issue |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|---------------|
| NeuRock of Meadow Green LP | Appellee | Kimberly M.J. Sims |
| Phillips, Deloris | Appellant | Deloris Phillips |

EXHIBIT 14 2/3

## TRIAL COURT INFORMATION

**Court**

County Court at Law No. 1

**County**

Tarrant

**Court Judge**

Honorable Don Pierson

**Court Case**

2025-005723-1

**Reporter**

Court Reporter, County Court At Law No. 1

**Punishment**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

EXHIBIT 14 3/3

CASE: 02-25-00503-CV

*DOCKET SHEET 02-25-00503-CV*

*EXHIBIT #15*

*Record on Appeal attached on separately CD (physical)*

*(Clerk's record and court reporters record included)*

Case:

**02-25-00503-CV**

Date Filed:

09/23/2025

Case Type:

Miscellaneous/other civil

Style:

Deloris Phillips

v.:

Neurock of Meadow Green Apartments, Real Page Incorporation, RPM Living Property Management, Kimberly Sims, and Omar Azam

Orig Proc:

No

Transfer From:

Transfer In:

Transfer Case:

Transfer To:

Transfer Out:

Pub Service:

West Publishing

## APPELLATE BRIEFS

| Date | Event Type | Description | Document |
|------|-----------|-------------|----------|
| No briefs. | | | |

*EXHIBIT #15*

## CASE EVENTS

| Date | Event Type | Disposition | Document | |
|------|-----------|-------------|----------|---|
| 03/19/2026 | Memorandum opinion issued | Dismissed | [ PDF/116 KB ] | Memorandum Opinion |
| | | | [ PDF/89 KB ] | Notice |
| 03/18/2026 | Submitted | | | |
| 02/20/2026 | Letter issued by the court | | [ PDF/189 KB ] | Case Search Results for Al |
| | | | [ PDF/107 KB ] | Notice |
| 02/12/2026 | Letter received | | [ PDF/373 KB ] | letter |
| 02/09/2026 | Notice of late brief | | [ PDF/111 KB ] | Notice |
| 12/29/2025 | Electronic Clerks Record Filed | | [ PDF/126 KB ] | Notice |
| 12/02/2025 | Electronic Reporter/Recorders Record Filed | | [ PDF/86 KB ] | Notice |
| 11/10/2025 | Document Received | | [ PDF/2.12 MB ] | Other |
| 11/10/2025 | Docketing statement filed | | | |
| 11/07/2025 | Docketing statement filed | | | |
| 11/05/2025 | Amended notice of appeal filed | | [ PDF/2.76 MB ] | Letter |
| | | | [ PDF/219 KB ] | Letter |
| 11/05/2025 | Letter issued by the court | | [ PDF/121 KB ] | Notice |
| 10/10/2025 | Document filed | | [ PDF/9.12 MB ] | Other |
| 09/26/2025 | Telephone call received | | | |
| 09/25/2025 | Letter issued by the court for lack of jurisdiction or defect | | [ PDF/111 KB ] | Notice |
| 09/23/2025 | Notice of appeal filed in court of appeals | | | |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|----------|---------------|------------|
| 05/28/2026 | Status | Mandate to Issue |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|----------------|
| RPM Living Property Management | Appellee | Kimberly M.J. Sims |
| Neurock of Meadow Green Apartments | Appellee | Kimberly M.J. Sims |
| Real Page Incorporation | Appellee | Marc F. Kirkland Dean Smith |

EXHIBIT #15

| Party | PartyType | Representative |
|---|---|---|
| Azam, Omar | Appellee | Dean Smith<br>Marc F. Kirkland |
| Sims, Kimberly | Appellee | Kimberly M.J. Sims |
| Phillips, Deloris | Appellant | Deloris Phillips |

## TRIAL COURT INFORMATION

Court

County Court at Law No. 3

County

Tarrant

Court Judge

Honorable Mike Hrabal

Court Case

2025-005329-3

Reporter

Court Reporter, County Court At Law No. 3

Punishment

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

EXHIBIT #15

**Case:**

02-25-00531-CV

**Date Filed:**

09/10/2025

**Case Type:**

Mandamus

**Style:**

In re Deloris Phillips

**v.:**

**Orig Proc:**

Yes

**Transfer From:**

**Transfer In:**

**Transfer Case:**

**Transfer To:**

**Transfer Out:**

**Pub Service:**

West Publishing

EXHIBIT #16
02-25-00531-CV

## APPELLATE BRIEFS

| Date | Event Type | Description | Document | |
|------|-----------|-------------|----------|--|
| 09/10/2025 | Petition for writ of mandamus filed | Relator | [ PDF/87 KB ] | Notice |

EXHIBIT #16 1/3

## CASE EVENTS

| Date | Event Type | Disposition | Document |
|------|-----------|-------------|----------|
| 11/05/2025 | Case stored | | |
| 10/25/2025 | Document Received | | [ PDF/932 KB ]          Other |
| 10/13/2025 | Memorandum opinion issued | Motion or Writ Denied | [ PDF/100 KB ] Memorandum Opinion<br>[ PDF/86 KB ]  Notice |
| 10/10/2025 | Submitted | | |
| 09/10/2025 | Petition for writ of mandamus filed | | [ PDF/87 KB ]          Notice |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|----------|---------------|------------|
| 11/05/2025 | Case Stored | Case stored |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|----------------|
| Phillips, Deloris | Relator | Deloris Phillips |
| NeuRock of Meadow Green LP | Real party in interest | Kimberly M.J. Sims |
| Pierson, Don | Respondent | Hon. Don Pierson |

## TRIAL COURT INFORMATION

**Court**

County Court at Law No. 1

**County**

Tarrant

**Court Judge**

Honorable Don Pierson

**Court Case**

2025-005723-1

**Reporter**

EXHIBIT # 16

2/3

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

EXHIBIT #6

3/3



EXHIBIT 18
OPEN MIC 03.25.2026
City Secretary Copy

DALLAS City Hall
OPEN MIC 03.25.2026

GOD ME

PACE ø2/ag 23: 32     972260665Ito:     AUOf¶5

there erased 911 calls directly connected to separated DPD13291A

Written by police

This is the first call on the CD - only call

This call was not included in the CD that was copied for me

June 21, 2009 8:17PM CALL NOT SHOWING call nos.
556  8:33AM 911
557  8:55PM 911

The call released as the 8:33pm call is in all reality the 8:17pm call looped twice.

The 8:33PM & 8:55 PM calls were totally erased within a week

• Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Deloris Phillips | 272107590 | May 24 - Jun 23 | Jun 27, 2009 |

# Call details

(972) 814-2344 (Continued)

| Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|
| 06/21 | 02:09 PM | 469-358-0370 | GRAND PRAIR, TX | NW/PU | 2 | |
| 06/21 | 02:31 PM | 469-682-7877 | Incoming | NW/PU | 1 | |
| 06/21 | 03:29 PM | Voicemail | GRAND PRAIR, TX | NW/PU | 4 | |
| 06/21 | 04:20 PM | 214-371-8810 | DALLAS, TX | NW/PU | 2 | |
| 06/21 | 04:38 PM | 214-371-8810 | DALLAS, TX | NW/PU | 1 | |
| 06/21 | 08:33 PM | 911 | Emergency | NW/FC | 3 | |
| 06/21 | 02:29 AG | 972-264-1665 | GRAND PRAIR, TX | NW/PU | 2 | |
| 06/22 | 09:12 AM | 512-489-2543 | AUSTIN, TX | PU | 5 | |
| 06/22 | 09:34 AM | 214-353-3700 | DALLAS, TX | PU | 1 | |
| 06/22 | 10:48 AM | 512-489-2422 | AUSTIN, TX | PU | 2 | |
| 06/22 | 11:23 AM | 214-653-7811 | DALLAS, TX | PU | 7 | |
| 06/22 | 11:33 AM | 469-583-2669 | Incoming | PU | 2 | |
| 06/22 | 12:37 PM | 469-583-2669 | GRAND PRAIR, TX | PU | 1 | |
| 06/22 | 12:53 PM | 469-583-2669 | GRAND PRAIR, TX | PU | 1 | |
| 06/22 | 01:23 PM | 817-453-3860 | Incoming | PU | 1 | |
| 06/22 | 02:37 PM | 214-670-6178 | DALLAS, TX | PU | 4 | |
| 06/22 | 07:43 PM | 214-671-3001 | DALLAS, TX | PU | 9 | |
| 06/22 | 08:12 PM | 817-231-8635 | Incoming | PU | 15 | |
| 06/22 | 08:45 PM | 214-670-6178 | DALLAS, TX | PU | 2 | |
| 06/22 | 10:09 PM | 214-336-8382 | GRAND PRAIR, TX | NW/PU | 3 | |
| 06/22 | 10:27 PM | 214-361-7071 | DALLAS, TX | NW/PU | 2 | |

NW - Night and Weekends    PU - Flex/Promotional Usage    MM - Sprint Mobile to Mobile    FC - Free Call

EXHIBIT 18

open MIC 03.25.2026 City Secretary copy

## Call details

### (972) 814-2744 (Continued)

| Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|------|------|--------------|------------------|-----------|--------------|---------------|
| 545 | 06/21 | 02.06 PM | 469-692-7077 | GRAND PRAIR,TX | NW/PU | 1 | |
| 546 | 06/21 | 02.08 PM | 469-358-0370 | GRAND PRAIR,TX | NW/PU | 2 | |
| 547 | 06/21 | 02:11 PM | 817-937-5501 | ARLINGTON,TX | MM/PU | 3 | |
| 548 | 06/21 | 02:31 PM | 469-692-7077 | Incoming | NW/PU | 1 | |
| 549 | 06/21 | 02:51 PM | 469-692-7077 | GRAND PRAIR,TX | NW/PU | 1 | |
| 550 | 06/21 | 03:23 PM | VoiceMail | GRAND PRAIR,TX | NW/PU | 4 | |
| 551 | 06/21 | 04:13 PM | 214-281-7071 | DALLAS,TX | NW/PU | 2 | |
| 552 | 06/21 | 04:20 PM | 214-371-8610 | DALLAS,TX | NW/PU | 2 | |
| 553 | 06/21 | 04:37 PM | 469-692-7077 | GRAND PRAIR,TX | NW/PU | 2 | |
| 554 | 06/21 | 04:38 PM | 214-371-8610 | DALLAS,TX | NW/PU | 1 | |
| 555 | 06/21 | 07:16 PM | 214-371-8610 | Incoming | NW/PU | 1 | |
| 556 | 06/21 | 08:33 PM | 911 | Emergency | NW/FC | 3 | |
| 557 | 06/21 | 08:55 PM | 911 | Emergency | NW/FC | 3 | |
| 558 | 06/22 | 02:29 AM | 972-264-1665 | GRAND PRAIR,TX | NW/PU | 2 | |
| 559 | 06/22 | 09:02 AM | 972-559-7400 | Incoming | PU | | |
| 560 | 06/22 | 09:12 AM | 512-463-2642 | AUSTIN,TX | PU | 5 | |
| 561 | 06/22 | 09:30 AM | 512-463-2642 | AUSTIN,TX | PU | 4 | |
| 562 | 06/22 | 09:31 AM | 214-253-2700 | DALLAS,TX | PU | 1 | |
| 563 | 06/22 | 10:37 AM | 512-463-2642 | AUSTIN,TX | PU | | |
| 564 | 06/22 | 10:40 AM | 512-463-2422 | AUSTIN,TX | PU | 2 | |
| 565 | 06/22 | 11:22 AM | 214-653-7811 | DALLAS,TX | PU | | |
| 566 | 06/22 | 11:25 AM | 214-653-7811 | DALLAS,TX | PU | 7 | |
| 567 | 06/22 | 11:34 AM | 469-583-2665 | GRAND PRAIR,TX | PU | | |
| 568 | 06/22 | 11:35 AM | 469-583-2665 | Incoming | PU | 2 | |
| 569 | 06/22 | 11:51 AM | 214-403-5936 | DALLAS,TX | PU | | |
| 570 | 06/22 | 12:37 PM | 469-583-2665 | GRAND PRAIR,TX | PU | 1 | |
| 571 | 06/22 | 12:57 PM | 469-583-2665 | GRAND PRAIR,TX | PU | 1 | |
| 572 | 06/22 | 12:59 PM | 469-583-2665 | GRAND PRAIR,TX | PU | 1 | |
| 573 | 06/22 | 01:18 PM | 817-403-3860 | Incoming | PU | | |
| 574 | 06/22 | 01:23 PM | 817-403-3860 | Incoming | PU | 1 | |
| 575 | 06/22 | 02:22 PM | 214-779-5144 | Incoming | PU | | |
| 576 | 06/22 | 02:37 PM | 214-670-6178 | DALLAS,TX | PU | 4 | |
| 577 | 06/22 | 02:42 PM | 214-670-6178 | DALLAS,TX | PU | | |
| 578 | 06/22 | 02:43 PM | 214-671-3001 | DALLAS,TX | PU | 9 | |
| 579 | 06/22 | 03:02 PM | 972-337-8725 | Incoming | PU | | |
| 580 | 06/22 | 03:12 PM | 817-231-8806 | Incoming | PU | 15 | |
| 581 | 06/22 | 03:43 PM | VoiceMail | GRAND PRAIR,TX | PU | 2 | |
| 582 | 06/22 | 03:45 PM | 214-670-6178 | DALLAS,TX | PU | 2 | |
| 583 | 06/22 | 10:07 PM | VoiceMail | GRAND PRAIR,TX | NW/PU | | |
| 584 | 06/22 | 10:09 PM | 214-334-8302 | GRAND PRAIR,TX | NW/PU | 3 | |
| 585 | 06/22 | 10:12 PM | 972-264-1665 | GRAND PRAIR,TX | NW/PU | 2 | |
| 586 | 06/22 | 10:27 PM | 214-281-7071 | DALLAS,TX | NW/PU | 3 | |

NW - Night and Weekends    PU - Plan/Promotional Usage    MM - Sprint Mobile to Mobile    FC - Free Call

iiNet Browser 4.5 - Reports - Incident Report

*Handwritten annotations:*

This call was not included in the cd that was copied for me.

Erased within one week
556 - 8:33PM - 911
557  8:55 PM - 911

NOTES: DPD Report NO. 0273291-A was premeditated retaliation. There was never an argument and there was never any disorderly conduct. NONE. ②

Green OAKS was premeditated to obstruct justice

EXHIBIT 18

Case 3:26-cv-00959-N-BT    Document 1    Filed 03/25/26    Page 51 of 86    PageID 51

*[Handwritten annotations: "EXHIBIT 19", "Dallas Commissions Open muc 03.03.2026", "Dallas City Council open muc 02.25.2026", "① HANDOUTS"]*

## Case Information

DF-92-11850 | MEANKINS IRA PHILLIPS vs. MEANKINS RICHARD LEON

| Case Number | Court | Judicial Officer |
|---|---|---|
| **DF-92-11850** | **255th District Court** | **JUDICIAL, OFFICER DC** |
| File Date | Case Type | Case Status |
| **07/23/1992** | **DIVORCE** | **CLOSED** |

*[Handwritten: "DF-92-11850", "There were 3 QDROS One QDROS is missing", "PR-23-03429-2 Dallas County Probate Court No. 2"]*

## Party

**RESPONDENT**
**MEANKINS, RICHARD LEON**

**PLAINTIFF**
**MEANKINS, DARRIUS DARELL**

Active Attorneys ▾
Lead Attorney
RIEGER, MICHELLE I
Retained

**PETITIONER**
**MEANKINS, IRA PHILLIPS**

Active Attorneys ▾
Lead Attorney
RIEGER, MICHELLE I
Retained

*[Handwritten: "EXHIBIT 19", "1/13"]*

## Disposition Events

04/23/1993 Judgment ▾

**Judgment Type**
JUDGMENT NON-JURY

Converted Disposition

## Events and Hearings

07/23/1992 ORIGINAL PETITION (OCA) ▾

Comment
**Case Petitioned**

07/23/1992 z ▾

Comment
**AFFID INABLE PAY**

07/23/1992 z ▾

Comment
**CLERKS FEE**

07/23/1992 z ▾

Comment
**STENO FEE**

EXHIBIT 19

2/13

07/23/1992 z ▼

Comment
SHERIFFS FEE

07/23/1992 z ▼

Comment
LAW LIBRARY FUND

07/23/1992 z ▼

Comment
APPELLATE FUND

07/23/1992 z ▼

Comment
STATE JUDICIAL FEE

07/23/1992 z ▼

Comment
MEDIATION FUND

07/30/1992 z ▼

Comment
WAIVER

09/21/1992 z ▼

Comment
SUBP D/T & COP PCT 8

09/24/1992 z ▼

Comment
RET SUBP D/T PCT 8

04/23/1993 z ▼

Comment
C/C RESP

04/23/1993 z ▼

Comment
REPT BVS & DPW

EXHIBIT 19

3/13

04/23/1993 z ▾

Comment
E/O JUDGMENT

07/22/1993 z ▾

Comment
E/O QDRO

07/22/1993 z ▾

Comment
E/O QDRO

05/17/1994 z ▾

Comment
RICHARD MEANKINS

*There were three (3) QDROS* [handwritten]

## Financial

No financial information exists for this case.

EXHIBIT 19 [handwritten]

4/13 [handwritten]



Dallas City Commissioners OPEN MTG 03.03.2026 03.03.2026 OPEN MTG 02.25.2026 2/3 HANDOUTS

THE
STEPPINGUP
INITIATIVE

NEWS & UPDATES    THE PROBLEM    THE PEOPLE    WHAT YOU CAN DO

Share:

Premeditation; Cpl. Lofnor wanted nothing to do with 10.25.2013

health training. I didn't know much about mental health, so I went to many training programs and conferences, and got to know the mental health professionals in my community. One of the classes I went to was Family-to-Family, a course offered by NAMI Dallas for families of people with mental illness. It was there that I learned that my mother had anxiety and depression, and so did I.

Growing up, I knew my mother had behaviors I didn't understand, but I didn't know what caused them. She was frequently afraid. She worried that Dad would do something to hurt himself. When she got depressed, she stopped doing things that she wanted to do. She would just lie in bed.

As an adult, I would get in arguments with her and get very frustrated with her. I wanted to visit with her and to go out and do things with her, but I felt like everything had to be on her terms.

Family-to-Family was eye opening, a wonderful and personal learning experience for me. Learning about my mother's illness didn't frighten me, it made sense to me. I learned the important message; my mom is still my mother, the person that I dearly loved. The illness is also present, and it causes behaviors that used to upset me. I learned to set boundaries in my relationship with my mother. I learned not to argue with her. I can't expect her to do what I want her to do nor can I fix her. The questions I concern myself with are: "Is she happy?" and "How do I help her be happy?" Did that realization change her illness? No, but it did address the issues in our relationship and the relationship blossomed.

I also came to understand what was happening with me, that I had anxiety and depression. Teaching others about these conditions, helped me see how they affect me. But I also learned how to deal with it, so I could be productive.

Family-to-Family taught me how important education is to families, especially with the crisis in mental health care and what's being asked of law enforcement today. When I was at NAMI conferences, people would come up ask questions

EXHIBIT 19    5/13

like: "When should I call the police?" and "When the officers show up, they don't listen to me, how do I get them to hear that my family member needs help?" It became very apparent to me: family members are afraid. They desperately need and want help, but they don't know what will happen if they call the police in an emergency situation that they don't know how to handle.

These questions compelled me to started writing my NAMI "Ask the Cop" column. I wanted to help family members to understand what they could expect, and to know what they can and can't control. Education is the key. Everyone knows they can do a better job when they are better educated — that's why we train officers and why we teach families. We want to make things safer for everyone and avoid bad outcomes. It's not the long-term solution, but we are working in that direction. The biggest single thing we can do to prevent these outcomes is to get the community together and figure out how we build a mental health system that adequately serves people.

*Senior Corporal Herb Cotner is the Mental Health Liaison for the Dallas Police Department. He also is vice president of NAMI Dallas and co-author of NAMI's popular Ask the Cop column, which educates families about how to work with police in a mental health crisis.*

*This profile is part of a series that will publish a new story for each of the 31 days of May, which is National Mental Health Awareness Month.*

< Previous Story                                                              Next Story >

Help Us Reduce the Number ofPeople with Mental Illnesses in Jails

Take action now

EXHIBIT 19

6/13

 Sign Up

Email or Phone

Password

Keep me logged in    Forgot your password?

## Senior Corporal Herb Cotner receives NAMI's Sam Cochran Criminal Justice Award

June 28, 2013 at 1:39pm



The National Board of Directors for the National Alliance on Mental Illness, (NAMI) has selected Dallas Police Senior Corporal Herb Cotner to receive NAMI's Sam Cochran Criminal Justice Award for 2013.

Named for the founder of the Crisis Intervention Teams, (CIT) ,The Sam Cochran Award recognizes outstanding work in the criminal justice system. Senior Corporal Herb Cotner has served as a Dallas Police Officer for 25 years. He is also the Dallas Police Department's mental health liaison, and provides personalized service to individuals with mental illness. NAMI Dallas and Dallas CIT officers frequently refer individuals to Senior Corporal Cotner because he is always willing to spend one on one time with people in crisis who are in need of assistance or follow-up, whether he's on or off duty. Since the beginning as Crisis Intervention Mental Health Liaison (CIT), Senior Corporal Cotner has committed to assisting individuals living with mental illness and their family members through educating law enforcement and the community in the CIT curriculum. He has instructed law enforcement municipalities regionally and assisted with the formation of the Texas CIT Association, for which he serves as Vice President. Senior Corporal Cotner is the Vice President of NAMI Dallas and is a Family-to-Family teacher at both the local and state levels. He recently volunteered to work with a colleague in writing a recurring column for NAMI called "Ask a Cop," which provides practical advice about interacting with law enforcement and highlights the need for CIT programs. The column has been published on www.nami.org as well as the NAMI Facebook page, and in NAMI's bilingual magazine, Avanzamos. Senior Corporal Cotner has conducted workshops at NAMI conventions at both the national and state levels and has received numerous awards and local accolades. The former Dallas Police Chief David Kunkle was the recipient of this award in 2010. With Senior Corporal Cotner being awarded this honor in 2013 the Dallas Police Department once again reveals one of its brightest stars.

We congratulate Senior Corporal Herb Cotner on this GREAT achievement as he is recognized and receives the 2013 Sam Cochran Criminal Justice Award. The Dallas Police Department and the citizens of Dallas applaud this achievement.

**Notes by Dallas Police Department**

**All Notes**

Get Notes via RSS

Embed Post



EXHIBIT 19

7/13



https://www.emra.org/emresident/article/ultrasound-botfly-removal/

Crawling In My Skin: An Ultrasound Teaching Case

**4/10/2022** Jennifer Mirrielees, MD , Jessica Schmidt, MD, MPH, FACEP , Michael Lohmeier, MD, FACEP

A patient's insistence that something was living under her skin led to yet another application of a popular diagnostic tool.

EXHIBIT 19

8¹/13

Case 3:26-cv-00959-N-BT          Document 1          Filed 03/25/26          Page 59 of 86          PageID 59

Larva
(D. hominis)

Soft tissue US: Scalp

EXHIBIT 14

**Case**

*A 20-year-old female patient with no significant past medical history presented to our emergency department (ED) with itchy scalp lesions after returning from a honeymoon to Belize. Over the past 3 weeks, she had presented to the clinic several times, each time being treated for "bug bites" with topical steroid cream. At her most recent clinic visit, the patient described feeling strange sensations like wriggling under her skin. She was provided a psychiatry referral out of concern for delusional parasitosis.*

*The morning prior to presentation, the patient's partner cleaned her scalp and noted something moving under her skin (Figure B). Bedside ultrasound performed in the ED demonstrated two large foreign bodies within the scalp, with internal movement (Figure A and video). We discussed treatment options with the patient, including watchful waiting, occlusion of the breathing pore, or procedural excision. After discussing the risks and benefits, the patient elected for bedside excision, which was completed using ultrasound guidance (see below) (Figure C). The patient tolerated the excision well. Specimens were sent to the pathology lab for analysis and were consistent with Dermatobis hominis (human bot fly).*

**Figure 1: Cutaneous myiasis of the scalp.** A. Still of the ultrasound image that was used to identify one of the larvae (arrow) at the time of initial evaluation in the emergency department. B. Appearance of the patient's scalp with prominent breathing pore (arrow). C. Two live, intact bot fly larvae (arrow) post excision.

**Video:** BotflyScalpMirrielees.mp4

Cutaneous myiasis of the scalp, ultrasound video clip. This video demonstrates the bot fly larva (arrow) embedded in the patient's scalp. The wriggling movement in the video narration represents the larva's spicules, which it uses to grip the host skin in order to resist expulsion.

**Procedure Figure: Approach to bedside excision.** Figure above demonstrates the larva embedded in the skin with an overlying pore (dark circle). Linear ultrasound probe was used to identify the long axis of the larva and a small skin incision (dashed red line) was made.

**Figure 1: Cutaneous myiasis of the scalp.** A. Still of the ultrasound image that was used to identify one of the larvae (arrow) at the time of initial evaluation in the emergency department. B. Appearance of the patient's scalp with prominent breathing pore (arrow). C. Two live, intact bot fly larvae (arrow) post excision.

**Video:** BotflyScalpMirrielees.mp4

Cutaneous myiasis of the scalp, ultrasound video clip. This video demonstrates the bot fly larva (arrow) embedded in the patient's scalp. The wriggling movement in the video narration represents the larva's spicules, which it uses to grip the host skin in order to resist expulsion.

**Procedure Figure: Approach to bedside excision.** Figure above demonstrates the larva embedded in the skin with an overlying pore (dark circle). Linear ultrasound probe was used to identify the long axis of the larva and a small skin incision (dashed red line) was made.

**About the Bot Fly**

The human bot fly (*D. hominis*) is endemic to Central and South America, transmitted primarily via mosquito bite,[1] leading to cutaneous myiasis. There is a distinct species of bot fly (*Cordylobia*) that is endemic to the African tropics. Therefore, patients returning from an endemic area may have appropriate concern when presenting to your ED with feelings of something moving under their skin, and you should have a higher index of suspicion for a parasitic etiology in such patients.

The bot fly life cycle begins with the female laying eggs in a mosquito or other vector insect. The eggs are harbored in the insect's abdomen and released into a host during feeding. After seeding of the host, self-expulsion of the larva typically occurs after 5-10 weeks. Disclosing this time frame to patients is important when discussing expectant management.

EXHIBIT 19

$\frac{10^2}{13}$

There are many different species of bot fly that primarily affect other mammals, and rarely, if ever, transmit to humans.[2]

**About the Procedure**

Prior to incision, the site of each larva was treated with lidocaine-tetracaine-epinephrine (LET) gel for topical anesthesia, with a secondary benefit of stunning the larva (larvae that are not adequately weakened either pharmacologically or via asphyxiation are likely to resist removal via use of their spicules, see discussion below). A linear probe was used to determine the long axis of the larva and optimize the small (less than one cm) incision) made to deliver each larva. Once the incision was made, gentle pressure was applied, and each larva was expelled quickly. The wounds were irrigated with sterile saline and left open to heal by secondary intention with plan for PO antibiotics on discharge.

**Management Options to Offer the Patient Presenting with Cutaneous Myiasis**

Conventional teaching for management of cutaneous larvae has generally been to asphyxiate the larvae. Asphyxiation encourages the larvae to leave the skin voluntarily or weakens it to facilitate manual removal by squeezing the larvae out.

Attempting to remove the larvae without prior asphyxiation or stunning is not recommended, as the larvae unfortunately resist removal by digging into host skin with their spicules (see ultrasound video to observe movement of the larva spicules in our case patient).[3]

Options for asphyxiation include nail polish or petroleum jelly, both of which are intended to weaken the larvae for extraction. An additional option characterized in the literature is applying bacon,[4] which reportedly encourages the larvae to leave the skin either through asphyxiation and/or attraction to the bacon or bacon grease itself; some patients may attempt this as a home remedy. There is also a case report describing the use of a commercial venom extractor.[5] There have been prior case reports [6,7] utilizing ultrasound for diagnosis and management, including those describing bedside excision in the ED.[8,9]

Possible complications include cellulitis, especially if there is any concern that the larva may have been transected or otherwise incompletely removed and dies within the skin, therefore In this case, treatment with a course of antibiotics targeting skin and soft tissue infections is very reasonable.

**Conclusion**

Cutaneous larvae is an uncommon ED finding in the United States. Frequently patients who describe worms or insects under their skin are not found to have active parasitic infestation; their symptoms may instead be attributable to a wide variety of causes including dry skin, eczema, infection, allergic reaction, or much less commonly, psychiatric illness.

For patients with relevant travel history or clinical exam findings, soft tissue point of care ultrasound can assist in evaluation for active parasitosis along with other etiologies such as fluid collection or foreign body.

In the ED, ultrasound can aid in diagnosis and provide procedural guidance for management of a variety of skin and soft tissue infections. Ultrasound may also have a place as a routine study to complete during the physical exam for these patients.

**This case serves as a reminder to complete appropriate evaluation in any patient expressing concern for a parasite with correlating exam findings.** When patients present with either nonspecific or suspect ("worms under my skin") signs or symptoms, bedside ultrasound can offer a very effective and rewarding approach to evaluating skin and soft tissue complaints, especially when clinical gestalt suggests there may be more than meets the eye.

EXHIBIT 19

**References**

1. Mattison N, Cooper JS. Botfly. [Updated 2021 Jul 18]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2021 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK559223/

2. Maier H, Hönigsmann H. Furuncular myiasis caused by Dermatobia hominis, the human botfly. J Am Acad Dermatol. 2004 Feb;50(2 Suppl):S26-30

3. McGarry JW. Tropical myiases: neglected and well travelled. Lancet Infect Dis. 2014 Aug;14(8):672-674.

4. Brewer TF, Wilson ME, Gonzalez E, Felsenstein D. Bacon therapy and furuncular myiasis. JAMA. 1993 Nov 3;270(17):2087-8. PMID: 8411575.

5. Boggild AK, Keystone JS, Kain KC. Furuncular myiasis: a simple and rapid method for extraction of intact Dermatobia hominis larvae. Clin Infect Dis. 2002 Aug 1;35(3):336-8.

6. Bovino P, Cole J, Scheatzle M. Ultrasound Visualization of Atypical Abscess Ultimately Containing Bot Fly Larva. J Emerg Med. 2016 Aug;51(2):144-6.

7. Schechter E, Lazar J, Nix ME, Mallon WK, Moore CL. Identification of subcutaneous myiasis using bedside emergency physician performed ultrasound. J Emerg Med. 2011 Jan;40(1):e1-3.

8. Jones CH, Leon M, Auerbach J, Portillo-Romero J. Ultrasound Detection of Human Botfly Myiasis of the Scalp: A Case Report. Cureus. 2020 Dec 4;12(12):e11905.

9. Zamaray M, Hekker TAM, Schuurs TC. Man With Gnawing Sensation Under His Scalp. Ann Emerg Med. 2020 Sep;76(3):363-378.

## Related Articles

### Management of Shock: Bedside Assessment of Cardiac Output
Marsia Vermeulen, DO, FACEP Joseph Levin, MD 11/30/2017

Management of Shock: Bedside Assessment of Cardiac Output A 75-year-old male with a past medical history of congestive heart failure, diabetes mellitus, hypertension, and coronary artery disease pres

### Tamponade and Valvular Catastrophe: TTE in the Hemodynamically Unstable Patient
Phil Andrus, MD, FACEP Di Coneybeare, MD Clark Owyang, MD 11/30/2017

EXHIBIT 19

12⁴/13



FILED
12/14/2023 5:19 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. PR-23-03429-2

# IN THE DALLAS COUNTY COURT

## PROBATE NO. 2

APPLICATION FOR GUARDIANSHIP
RICHARD LEON MEANKINS,
AN INCAPACITATED ELDER AND NOW DECEASED PERSON

On Appeal as 05-23-00967-CV
Fifth Court of Appeals District Court of Texas.
Related Causes: PR-23-04136-2
Dallas County Probate Court No. 2; and
DC-23-19821-CV (Personal Injury, Deliberate Malicious Negligence
of an Incapacitated Elder Resulting Death, and Psychological Trauma)
95th Civil District Court of Dallas County Texas

NOTICE OF DEATH:
RICHARD LEON MEANKINS
DATE OF DEATH: 11.26.2023
TIME AT DEATH: 7:44AM
PLACE OF DEATH: CORSICANA, TEXAS
DEATH CERTIFICATE ATTACHED

Respectfully,

/s/: Deloris Phillips
IFP Pro Se Appellant
P.O. Box 530236
Grand Prairie, Texas 75053-0236
Email: delorisphillips360@aol.com
Phone: (469) 671-8941
Date: 12.14.2023

*APPELLANT'S MOTION FOR APPOINTMENT OF COUNSEL, ORAL ARGUMENT, AND TRIAL
BY JURY, COURT REPORTER, AND DISCOVERY PURSUANT TEX. R. CIV. P. 190.4 BY ORDER
(LEVEL 3)*

# NAVARRO COUNTY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Dec 08 2023

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER 142-23-208962 |
|---|---|---|

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | 2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|
| RICHARD  LEON  MEANKINS | | NOVEMBER 26, 2021 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR (Mo / Days) | IF UNDER 1 DAY (Hours / Min) | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | APRIL 11, 1946 | 75 | | | CORSICANA, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married   ☐ Widowed (and not remarried)   ☒ Divorced (and not remarried)   ☐ Never Married   ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 1109 E. 11TH ST. | | CORSICANA |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| NAVARRO | TEXAS | 75110 | ☒ Yes   ☐ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| HENRY  MEANKINS | MATTIE  LEE  SMITH |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: |
|---|---|
| ☒ Inpatient   ☐ ER/Outpatient   ☐ DOA | ☐ Hospice Facility   ☐ Nursing Home   ☐ Decedent's Home   ☐ Other (Specify) |

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| NAVARRO | CORSICANA, 75110 | NAVARRO REGIONAL HOSPITAL |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| DELORIS PHILLIPS - DAUGHTER | P.O. BOX 530238, CORSICANA, TX 75110 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. ☒ Unknown |
|---|---|---|
| ☒ Burial   ☐ Cremation   ☐ Donation   ☐ Entombment   ☐ Removal from state   ☐ Mausoleum   ☐ Other (Specify) | ARTIMUS BUTLER, BY ELECTRONIC SIGNATURE - 114634 | Section ___  Block ___  Lot ___  Space ___ |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| WOODLAND CEMETERY | CORSICANA, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| EMANUEL FUNERAL HOME | 1721 WEST OAK STREET, PALESTINE, TX 75801 |

**26. CERTIFIER (Check only one):**
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| OLAYIWOLA SALMON , BY ELECTRONIC SIGNATURE | DECEMBER 8, 2023 | N5991 | 07:44 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| OLAYIWOLA SALMON 3201 HIGHWAY 22, CORSICANA, TX 75110 | MD |

**33. PART I. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.**

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. SEVERE SEPSIS    Due to (or as a consequence of): | 1 |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. ASPIRATION PNEUMONIA    Due to (or as a consequence of): | 1 |
| | c. HYPERNATREMIA    Due to (or as a consequence of): | 6 DAYS |
| | d. ACUTE KIDNEY FAILURE | 6 DAYS |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED?  ☐ Yes   ☒ No |
|---|---|
| DEMENTIA | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☐ Yes   ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural   ☐ Accident   ☐ Suicide   ☐ Homicide   ☐ Pending Investigation   ☐ Could not be determined | ☐ Yes   ☒ No   ☐ Previously   ☐ Probably   ☐ Unknown | ☐ Not pregnant within past year   ☐ Pregnant at time of death   ☐ Not pregnant, but pregnant within 42 days of death   ☐ Not pregnant, but pregnant 43 days to one year before death   ☐ Unknown if pregnant within the past year | ☐ Driver/Operator   ☐ Passenger   ☐ Pedestrian   ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK?  ☐ Yes  ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|

| 41. DESCRIBE HOW INJURY OCCURRED |
|---|

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 61000419 | DECEMBER 11, 2023 | REGISTRAR - NAVARRO COUNTY CLERK, ELECTRONICALLY FILED |

EDR NUMBER  0000644445771799

VS-112 REV 1/2006



This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED    December 11 2023

Sherry Dowd
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 82597246
Filing Code Description: Ody - Application -Amended
Filing Description: APPLICANTS AMENDED EXHIBITS WITH DEATH
CERTIFICATE (PG. 14)  IN SUPPORT OF PENDING MOTIONS AND
REQUEST FOR INJUNCTIVE  RELIEF FOR EMERGENCY RELIEF OF
FUNDS REQUIRED TO PAY  MEMORIAL AND OTHER SERVICES.
PROPOSED ORDER ATTACHED. DEATH CERTIFICATE ALSO FILED
SEPARATELY AS LEADING DOCUMENT
Status as of 12/19/2023 8:42 AM CST

Associated Case Party: DELORIS PHILLIPS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Zamora | | ciadmin@dallascounty.org | 12/14/2023 5:19:06 PM | SENT |
| Deloris Phillips | | delorisphillips360@aol.com | 12/14/2023 5:19:06 PM | ERROR |

Associated Case Party: RICHARDLEONMEANKINS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Zamora | | ciadmin@dallascounty.org | 12/14/2023 5:19:06 PM | SENT |
| Steve Meankins | | stmeankins@gmail.com | 12/14/2023 5:19:06 PM | SENT |
| Deepti Sharma | | ds@deeptisharmalaw.com | 12/14/2023 5:19:06 PM | ERROR |

EXHIBIT 20

## Fw: PATIENT RICHARD MEANKINS

From:  Ms. Deloris Phillips (delorisphillips360@aol.com)

To:    ebc@dallascityhall.com; ebc@dallas.gov

Cc:    delorisphillips360@aol.com; infinityhetero360@aol.com; delorisphillips360@yahoo.com

Date:  Wednesday, March 18, 2026 at 11:14 AM CDT


EBC, please print three colored copies of this email. Please.

I humbly thank you, Deloris Phillips

----- Forwarded Message -----
**From:** Ms. Deloris Phillips <delorisphillips360@aol.com>
**To:** Karyn Van Schaick <kschaick@epicnursingandrehab.com>
**Cc:** Deepti Sharma <ds@deeptisharmalaw.com>; ryan.grobee@dallascounty.org <ryan.grobee@dallascounty.org>; Probatecourt2 <probatecourt2@dallascounty.org>; CIAdmin <ciadmin@dallascounty.org>; alma.garcia-torrez@dallascounty.org <alma.garcia-torrez@dallascounty.org>; jrodriquez@verabank.com <jrodriquez@verabank.com>; ryan.coe@summitltc.com <ryan.coe@summitltc.com>; kimberly.beam@summitltc.com <kimberly.beam@summitltc.com>; hhscivilrightsoffice@hhsc.state.tx.us <hhscivilrightsoffice@hhsc.state.tx.us>; Social Security Administration <opi.net.post@ssa.gov>
**Sent:** Wednesday, November 1, 2023 at 12:21:43 PM CDT
**Subject:** Re: PATIENT RICHARD MEANKINS

Ms. VanSchick, my dad's SSA benefits ($1538.66) for Nov. 2023 was mailed to you today, Wednesday (11.01.2023). There was an unjust & lawless, retaliatory takeover of my dad's estate by Dallas County. The reason there was/is this unlawful strong-arming is the reality of my factual speaking of a fabricated police report and ongoing, relentless injustices for my duly and wisely speaking of this fabricated police report and stolen exhibits.

My dad and I are on a joint account. Prior to him being unsafely and inappropriately discharged on Sept. 29, 2023.

I attached a one page letter to the check to you, requesting the form required for you to have the SSA benefits sent to you monthly, until my dad is back here.

The Rehabilitation of Wellness Center of Dallas believed I had my dad's banking statements for June, July, and Aug. 2023. I did not. My dad pleaded with me not to let him go back to Corsican. My dad wanted to be here and he desired to stay here. He asked for a phone and new glasses.

Ms. VanSchick, my dad's SSA benefits are directly deposited to the account we share. This month, Nov. 2023 is the first month SSA was deposited to this account. The SSA benefits were going to Vera Bank.SSA is aware of this account. SSA instructed me in Sept. 2023 to open this account as payee. My dad told me to take care of his affairs as I did in 2019 when he was struck by truck and flown from Corsicana to Baylor Scott & White Hospital. My dad lost his left eye and hearing on the same side. I allege we are being battled by methodical collusion.

My dad gave Vera Bank permission for me to speak with them on his behalf. These calls are recorded. If my dad had zero monies, no one would give a care. There is more not being said, but it will be spoken. The truth will be spoken in honor of my dad. I am requesting an audit of all his affairs since the Dallas County takeover.

Please confirm receipt of the monies that will arrive to you by 6pm tomorrow, Thursday (11.02.2023) via USPS Overnight.
Tracking no. EI919516643US.



**TEXAS TRUST**
CREDIT UNION

--------------------------------------------------------------------
See receipt for reference check #0003100090   check $1,538.66
--------------------------------------------------------------------
Acct # 0001036858                                        11/01/23

EPIC NURSING AND REHABILITATION

ATTN: KARYN VANSCHICK (BMO)
RE: PATIENT RICHARD MEANKINS
(SSA BENEFITS NOV. 2023)

the purchase of an indemnity
will be required before any
ion check will be replaced
or refunded
went it is lost or stolen

THIS DOCUMENT HAS A TRUE WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

**TEXAS TRUST**
CREDIT UNION
P.O. BOX 2270
MANSFIELD, TX 76063-0047
972.263.5171

ISSUED BY: MONEYGRAM PAYMENT
SYSTEMS, INC. P.O. BOX 9476
MINNEAPOLIS, MN 55480
DRAWEE: Wells Fargo NA, Buford, GA

64-505/611
THIS IS TEXAS TRUST
CREDIT UNION'S
OFFICIAL TELLER CHECK

3100090

| DATE |
| 11/01/23 |

$1,538.66

** ONE THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND 66 CENTS **

Drawer: Texas Trust Credit Union

_Authorized Signature_

PAY
TO THE
ORDER
OF

EPIC NURSING AND REHABILITATION

ATTN: KARYN VANSCHICK (BMO)
RE: PATIENT RICHARD MEANKINS
(SSA BENEFITS NOV. 2023)

Two Signatures Required If Over $50,000

⑈0003100090⑈ ⑉061103056⑉016001076541 6⑈

EXHIBIT 21



Please call me.

Deloris Phillips
Phone: (469) 671-8941

HUMBLEST HUMILITY & LOVE (LIGHT).
Humble ONE.
INFINITY  BLESSED 360' SHH.
INNATE Student of Life.
Ms. Deloris Phillips
Date: 11.01.2023

FIRST AMENDMENT (Amendment I) Protection:
NOTES:
PRONOUNS:
SHE/HER/FEMALE/LADY/WOMAN/STRAIGHT-HETEROSEXUAL
Ms. Deloris Phillips
Date: Infinity.

GOD CHOSE.  I CAME OUT BIRTHED-BORN A 360' STRAIGHT HETEROSEXUAL. ANCHORED. EPH. 6:1-24.
I AM AT PERFECT PEACE, SURPASSING ALL HUMAN UNDERSTANDING WITH GOD'S DIVINE CHOICE FOR ME.
James 5:12.
Date: Infinity.

FACT: "OPEN" METHODICALLY OPERATES AS MALICIOUSLY NONINCLUSIVE. 12.13.2022

INFINITY LIVE GOD'S BABY
Z. J. Ny Phillips
Sept. 21, 2022–Oct. 22, 2022.
FLY IN PEACE EAGLE .

THE GREATEST SUCCESS IN LIFE ANYONE CAN ACHIEVE IS NOT BITING THE BAIT TO HATE.
ACCOMPLISHED. GREATEST ACHIEVEMENT IN A LIFETIME. WIN. WON. INFINITY VICTORIOUS JUSTICE.
Ms. Deloris Phillips
Date: 09.21.2022

WHOLLY, HOLY, WHOLEHEARTED
360' STRAIGHT-HETERO HUMBLE (360' SHH).
INFINITY.
Ms. Deloris Phillips
Date: 05.22.2022 (INFINITY)

#opentoo. I AM HUMBLED.
she/her/lady/woman/female equally invaluable
I am humbled in humblest humility.
Date: 06.19.2022 (INFINITY)

FIRST AMENDMENT:

EXHIBIT 01

The First Amendment guarantees freedoms concerning religion, expression, assembly, and the right to petition. It forbids Congress from both promoting one religion over others and also restricting an individual's religious practices.

It guarantees freedom of expression by prohibiting Congress from restricting the press or the rights of individuals to speak freely. It also guarantees the right of citizens to assemble peaceably and to petition their government.

Documents permanently attached to outgoing emails:
First Amendment Protection w/ two attachments: 1) *1SHLM FLAG 06.30.2021* (1 pg.) and Student of Life Notes:
1) (Universal Poetry *aka* One Poetry *aka* Poetry of Life (2pgs.); 2) Sis. Bros Public Announcement (2 pgs.); 3) *The Law (Equity) Of Equilibrium* as one (6 pgs.); and 4) The Flag for Straight-Heterosexuals is attached as page 11.

Sent from the all new AOL app for iOS

 GOD CHOSE. INFINITY..pdf
23.7 kB

EXHIBIT 21

Case 3:26-cv-00959-N-BT    Document 1    Filed 03/25/26    Page 73 of 86    PageID 73

*[Handwritten annotations in margin: "EXHIBIT 22 City of Dallas PENING 03.25.2026 The retaliations for me speaking of ongoing injustices persist, Methodical Med Gaslighting"]*

## ATTN: DERMATOLOGY CHIEF STAFF: DERMATOLOGY QUESTION: CAN YOU PLEASE EXPEDITIOUSLY ORDER AN ULTRASOUND/SCALP

From:   Ms. Deloris Phillips (delorisphillips360@aol.com)

To:      info@parkland.com; philip.huang@dallascounty.org

Cc:      delorisphillips360@aol.com; infinityhetero360@aol.com; delorisphillips360@yahoo.com

Date:   Saturday, March 7, 2026 at 11:48 AM CST

Parkland Dermatology Chief Staff: Please read my emails regarding the area between my scalp (top of my head) and connective tissue. Please read one more than one a few emails sent via my chart concerning my scalp. There is "something" that is harming my scalp. Whatever this something is, it is burrowing deeper in my scalp/head. Please see pics and documents attached below. Please read Parkland My Chart messages left today, Sunday, 02.22.2026.

My hair was thinning when I went to Dr. Glass at U.T. Southwest over two years ago. I never felt any crawling sensation in scalp until 6-8 months after seeing Dr. Glass. My alopecia is from this "something" in my head. My hair is being eaten more so from within/beneath the scalp than on top the scalp.

Please see pics and documents attached below. Please read Parkland My Chart messages left today, Sunday, 02.22.2026.

Please see pic directly below. This "something" came out of my head. It is not made up. Whatever produced this "something:" is still in my head. Whatever this "something: is was intentionally, methodically put there over a year ago. I am speaking/writing to you the truth, whole truth, and nothing but the whole truth so help me God.



**02.19.2026 @ 08:18AM**
Dr. Okorie, please see other pics taken last night. This was the first time I was able to get a whole body "something" without smashing it. I was doing my hair in the bathroom. I felt the same tingling feeling in my scalp. I put water next to the sink. When this something flew out of my head, I as gently as I could knocked it in the water. I then got a sandwich bag and put it in the freezer. It was on ice, frozen, at the bottom of the bag when I left. Whatever produces that "something" it is more movement at night, and when the environment I am in is more warm. The more hot the

*[Handwritten: EXHIBIT 22]*

environment the more movement. This is really serious. Playing people for crazy fir speaking of I justices is ludacris. I am humbly stating that this was premeditated retaliation. I am not at all surprised. Dr. Larry Gentillelo a whole renown doctor at Parkland/UT Southwest was blacklisted, fired, publicly humiliated for speaking up for indigent patients beyond race. Who does that? The same persons that that caused that whole body "something" in my head. Who does that? The same persons who hate on LGBTQUIA+, straight-heterosexuals, and children, women, and men beyond race. Who does that? The same persons who have no self love. Those who hate self inevitably hate others,

Parkland My Chart 02.19.2026 @12:30PM

Dr. Okorie, I do not believe it to be in my best interest to take any medication orally or topically for the head until I have an ultrasound (head/scalp). Please schedule me a ultrasound of the scalp/head. The same ultrasound/scalp I sent you of the 20-year of age female had after she was told, more than a few times, she was crazy with parasitosis. LOL, but it's really nothing funny about it. Sometimes you laugh to keep from crying. Sometimes you smile to stop the frowning.

Dr. Okorie, God is an awesome God. He blessed me not to by accident bite the bait. I humbly grateful for an infinity and a day in time. I humbly genuinely smile.

What if I do the topical and/or oral meds and it dissolves the "something" that is in my head? Then it will be said for sure, "De loris is crazy". I am not delusional now, then, not ever. I am not crazy and now will I play crazy. Have blessed rest of your day.

Please call me when the ultrasound is ordered. Please.

Ms. Deloris Phillips

02.22.2026 @ 03:59PM

Dr. Okorie, and Dr. Negris, whatever is happening with my head is intentional. Since the biopsies, the tingling movement/sensation of the scalp has worsened. At night it worsens and when the environment gets more warm--hot. Please know this is not a "make believe situation. This is not delusion. I believe you are assisting in the matter worsening by not ordering an ultrasound of the scalp. Please look at the pictures below. Did you send the "specimen" I brought to you on Thursday, 02.19.2026, to the lab?
What is that that I brought to you? Why did it not show when you did the biopsies? Am I that blacklisted. These links, connections, and networks that would do such a thing do so to people beyond race, beyond title, and beyond sexuality, and beyond economic/social class. I never ever experienced anything creepier in my life. It's the wickedest ever. Can I please get an ultrasound of the scalp/head? The biopsy results did not reflect what "something" is in my head. I believe the "something" in my head was made worst by the biopsy, by allowing blood and more air to get to the "something" to multiply. Delusional is not working. You not ordering an ultrasound is in violation of the Hippocratic oath. Please see pictures and the case of the 20-year of age female who was said to be delusional. She was not delusional. There were doctors who disallowed themselves the do the basic, common-sense option, an ultrasound/scalp considering the circumstances. Please call (903) 252-2909

Parkland My Chart (02.22.2026 @ 04:18PM)

Dr. Okorie, and Dr. Negris, when I first saw you. Dr. Donald Glass from U.T. Southwest was there at your clinic. He came in the room with me when I came to your dermatology clinic. I opted not to see him. What was Dr. Glass' notes and conversations with you about my head? Have you received my dermatology and medical records from U.T. Southwest and other hospitals? Please call me. Humbly, once again I state, the "something" in my head was intentional and the "something" is still there. Please call me. Please see pics below.

EXHIBIT 22



emra.org/siteassets/emresident/images/articles/2022/04-april/botflyscalpmirrielees.mp4
Crawling In My Skin: An Ultrasound Teaching Case EMRA
Ultrasound Crawling In My Skin: An Ultrasound Teaching Case

Now look at the pics of my head before biopsies. Please look at the biopsies again if you presently have the biopsies. Please.



EXHIBIT 22



Please call me.

Phone: (903) 252-2909
Deloris Phillips

**HUMBLEST LIGHT.**
**Humble ONE.**
**BLESSED IHH.**
**Infinity Heterosexual Humility 360'.**
**INNATE Student of Life.**
**Ms. Deloris Phillips**
**Date: 02.22.2026**

**FIRST AMENDMENT (Amendment I) Protection:**

**1PROCREATION FLAG**
**Colors, Creation, and Design (2016) by Ms. Deloris Phillips**

EXHIBIT JJ



There are no persons on this earth without procreation.
All Humanity (Human-Dignity) .....
Every race, culture, gender, sex, and nationality,
globally, worldwide, universally...PROCREATION.
And God said, Let there be....Genesis 1:3 (KJV).

 IMG_20260219_075036317.JPG
4.6 MB

 IMG_20260218_194723979.JPG
1.7 MB

 IMG_20260218_194715591.JPG
3.6 MB

 Photo -front Head 01.30.2026.JPG
2.2 MB

 Photo -back Head 01.30.2026.JPG
1.9 MB

 20-year age female scalp ultrasound.pdf
485.5 kB

 1PROCREATION FLAG.pdf
221.2 kB

Supplemental Civil Cover Sheet
Page 1 of 2

*Delons Phillips vs. Neurock of Meadow Green Apts, et al*

**Supplemental Civil Cover Sheet for Cases Removed**
**From State Court**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District
Clerk's Office. Additional sheets may be used as necessary.

**3-26CV0959-N**

RECEIVED

KM  MAR 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned
to the case in that court.

| Court | Case Number |
|-------|-------------|
| DALLAS COUNTY COURT AT LAW 1   Assigned to: Auxiliary Overflow Court Room 5-B | CC-25-08609-A |

2. **Style of the Case:** *Delons Phillips vs. Neurock of Meadow Green Apartments* see next page

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s)
and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please
list the attorney(s) of record for each party named and include their bar number, firm name,
correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|----------------------|-------------|
| Delons Phillips - Plaintiff | in forma pauper pro se |
| Neurock Meadow Green Apts - | Kimberly Sims |
| Ronnie L Wooden - Defendant | Kimberly Sims |
| Ashlee Cheshire - Defendant | Kimberly Sims |
| Defendant - RPM Living Property Mgmt | Kimberly Sims |
| Defendant - Read Page Incorporation defend. | Dean Smith pro se |
|  | defend. Marc Kirkland pro se |
| Omar ALAM pro se defend. | |

3. **Jury Demand:**

Was a Jury Demand made in State Court?   ☑ Yes   ☐ No

If "Yes," by which party and on what date?

_Delons Phillips_                    _10.30.2025_
Party                                Date

Please see related cases attached
as pages 416-616

1/4

2. Style of the case:

Deloris Phillips, plaintiff-removant-appellant

vs.

Neurock of Meadow Green Apts, defendant-respondent-appellee

RPM Living Property Management, defendant-respondent-appellee

Real Page Incorporation, defendant-respondent-appellee

Poncie LeWallen, defendant-respondent-appellee,

Ashlee Cheshire, defendant-respondent-appellee,

Dean Smith, defendant-respondent-appellee,

Marc Kirkland, defendant-respondent-appellee,

Omar Azam, defendant-respondent-appellee,

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

   Was an Answer made in State Court?  ☑ Yes    ☐ No

   If "Yes," by which party and on what date?

   Attorney Kimberly Sim's
   _____    _____
   Party                        Date

   for Neurock of Meadow Green Apts.
   RPM Living Property Mgnt, Ashlee Cheshire
   Poncie Lewallen

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |-------|--------------------------|
   |       |                          |
   |       |                          |
   |       |                          |
   |       |                          |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |-------|--------|
   |       |        |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |-------|----------|
   | Neurock of Meadow Green, RPM Living Property Mgnt, Real Page Inc, Poncie Lewallen, Ashlee Cheshire, Dean Smith, Omar Azam, Marc Kirkland | Notice of removal citing Federal Questions for Federal Review and Federal Jurisdiction  3/?? |

Notice of related cases

1. JP02-25-E0016II16 (original retaliatory eviction)
Honorable Judge Mary Curnutt
Justice of the Peace Court 2
Arlington, Tarrant County, Texas

2. JP03-25-E000.76631 (transferred from JP02-25-E00161116)
Honorable Judge William "P" Brandt
Justice of the Peace Court 3
Hurst, Tarrant County, Texas

3.* JPC-25-02238-41 (small claim)
Honorable Judge Mike Jones
Justice of the Peace Court 4-1
Grand Prairie, Dallas County, Texas

* Small claim filed before
    retaliatory, premeditated
    eviction with zero monies owed
        and no lease violation

4. JPO2-25-SC00025505 (Small claim)
Honorable Judge Mary Curnutt
Justice of the Peace Court 2
Arlington, Texas (Tarrant County)

5. 2025-005329-3 (JPO2-25-SC00025505)
DOCKET SHEET EXHIBIT #5
Honorable Judge Mike Hrabal
Tarrant County Court at Law 3
Fort Worth, Texas,

6. JPG25-02018-42
Honorable Judge Sasha Moreno
Justice of the Peace Court 4-2
Grand Prairie, Dallas County, Texas

7. 26-0269 (02-25-00467-(U))
~~DOCKET SHEET EXHIBIT #7~~
appeal

8. 26-0279 (02-25-005329-B)
Texas Supreme Court
~~DOCKET SHEET EXHIBIT~~
~~appeal #8~~

9. 3:24-cv-02385-NBN
Deloris Phillips vs. Neurock of Meadow Green Apts

10. 3:25-cv-03445-L-BT
Neurock of Meadow Green Apts
vs
Deloris Phillips

11. 26-10017
Neurock of Meadow Green Apts
vs.
Deloris Phillips

12. CC-25-08689-A DOCKET SHEET ATTACHED
Dallas County Court at Law 1
(Auxiliary Overflow Rm SB)

13. 2025-005723-1 (02-25-00467-CV)
DOCK
Honorable Judge Don Pierson
Tarrant County Court at Law 1
Fort Worth, Tarrant County, Texas

14. 02-25-00467-CV    Second Court of Appeals
DOCKET SHEET ATTACHED
EXHIBIT #14

15. 02-25-00503-CV    "    "    "
DOCKET Sheet #15
EXHIBIT

16. 02-25-00531-CV    "    "    "
DOCKET SHEET ATTACHED
EXHIBIT #16

(S): Delois Phillips
P.O. BOX 530236
Grand Prairie, TX 75053-0236
Phone: (903) 253-2909
Date: 03.25.2026
Email: deloisphillips360@aol.com
7/17

JS 44 (Rev. 04/21)(TXND 4/21)

# CIVIL COVER SHEET

3-26CV0959-N

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Delvin Phillips

**(b)** County of Residence of First Listed Plaintiff  Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*
2319 Dalworth St #119
Tarrant County Grand Prairie TX

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
in forma pauper pro se

## DEFENDANTS
Neuvuele of Meadow Green Apts Real Page Inc, RPM Living Property Mgmt, Poncie LeWallen, Ashlee Cheshire, Dean Smith, Omar Azam, Marc Kirkland

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
please see separate page

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

RECEIVED
MAR 2 5 2026
LM
CLERK, U.S. DISTRICT COURT
NORTHERN DIS[T]RICT OF TEXAS

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

### CIVIL RIGHTS
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
14th Amend-Equal Protection, 18 USC 13 obstruction, 18 USC 241 conspiracy to interfere with rights, 18 sc 242

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
other related cases, please see supplemental sheet
JUDGE Fitzgerald
DOCKET NUMBER CC-25-08609-A

DATE 03.25.2026

SIGNATURE OF ATTORNEY OF RECORD  Delvin P  in forma pro se

## FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

In the United States District Court of Northern Texas Dallas

Phillips,
vs
Neuwelt of Meadow Green Apts, etal

Plaintiff's Letter to Court

3-26CV0959-N

RECEIVED
MAR 2 5 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Honorable Chief Justice Reed O'Connor,

All Senior Justices, and Honorable Judges:

Please discern with your matured knowledge of law, why would the file and records of 05-25-01390-CV Record on Appeal be automatically uploaded on my CD (EXHIBIT A) when I was copying records for you in this notice of removal. I did not by accident upload the files or documents/folder for 05-25-01390-CV. Honorable Justices, not one document would load for CC-25-08609-A. I believe it is noncoincidental.

Humbly,
Dolores...
03.25.2026